PLAINTIFF

vs

DOC NO
REC'D/FILED

NO. 2016 JUL -1 AM 10: 33

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

16 C 474 - wmc

1. DR. SALAM SYED
2. DR. SCOTT HOFTIEZER
3. DR. OBRIEN
4. DR. VICKREY
5. DR. WOODS
6. DR. STANGE
7. DR. HOESCHT
8. DR. JANE DOE OF THE UNIVERSITY OF MADISON HOSPITAL & CLINICS
9. DR. DAVID H. BEANS OF MOBILEX USA
10. DR. JIMENEZ SANTIAGO OF MOBILEX USA
11. DR. MARC AWOBLUYI OF MOBILEX USA
12. DR. KYLE P. NELSON OF MOBILEX USA
13. NIKKI WHITE HEAD OF MOBILEX USA
14. MARC W. CLEMENTS
15. BETH DITTMAN
16. K. WHALEN
17. MEREDETH MASHAK
18. CHRIS DE YOUNG
19. T. ANDERSON
20. RACHAEL PAFFORD
21. D. VALERIUS
22. NURSE JANE DOE
23. NURSE JOHN DOE
24. CANDANCE WARNER
25. SCHMIOT
26. SARA FRY
27. ANITA BENDER
28. KARI LLOYD
29. CYNTHIA NEUHAUSER

30. Jodi, Haldeman
31. Randy, Scott
32. Teresa Wetzel
33. Tim Ziegler
34. Christine Procnow
35. Teslik
36. Cole
37. Rhode
38. Sainsbury
39. Bittleman
40. Ribeye
41. Johnson
42. Roberts
43. Meeker
44. Goodwin
45. Fitzsimmons
46. Isaac Hart
47. Linda Alsum-O'Donovan
48. Mary Leiser
49. Michael Lanzdorf
50. Kim Peterson
51. Newbury
52. Halma & Jilok Reporting Inc
53. Peetz
54. Morgan
55. Gambaro
56. Worgness
57. Michael Dittman
    DEFENDANTS

PARTIES # A

PLAINTIFF: TRAVIS DELANEY WILLIAMS AN INMATE AT COLUMBIA CORRECTIONAL INSTITUTION 2925 Columbia DR. P.O. BOX 900 PORTAGE WISCONSIN 53901.

DEFENDANTS

| | |
|---|---|
| Doctor | SALAM SYED WORKS AT Columbia Corr. Inst. As A Doctor |
| Doctor | VICKREY is a psychiatrist AT Columbia Corr. Inst. |
| Doctor | WOODS WAS A psychiatrist AT Columbia Corr. Inst. |
| Doctor | Strange is a psychologist AT Columbia Corr. Inst. |
| Doctor | Hoesclit is a PHYSICAL therapist AT Columbia Corr. Inst. |
| NURSE | K. WHALEN is A NURSE AT Columbia Corr. Inst. |
| NURSE | Meredith MASHAK WAS A NURSE & HEALTH SERVICE MANAGER AT Columbia Corr. Inst. |
| NURSE | Chris DeYoung is a NURSE & acting assistant manager at Columbia Correctional Inst. |
| NURSE | T. ANDERSON is A NURSE AT Columbia Corr. Inst. |
| NURSE | RACHAEL PAFFORD is A NURSE & RECORDS SUPERVISOR AT Columbia Corr. Inst. |
| NURSE | D. VALERIUS is A NURSE AT Columbia Corr. Inst. |
| NURSE | NEWBURY is A NURSE AT Columbia Corr. Inst. |
| NURSE | JOHN DOE WAS A NURSE AT Columbia Corr. Inst. |
| NURSE | NURSE JANE DOE is A NURSE AT Columbia Corr. Inst. |
| NURSE | CONSTANCE WARNER is A NURSE & acting HEALTH SERVICE MANAGER AT Columbia Corr. |
| A.D.A. | SCHMIDT is THE AMERICAN with DISABILITIES COORDINATOR AT Columbia Corr. Inst. |
| UNIT MANAGER | SPRAH WAS Unit # 6 MANAGER AT Columbia Corr. Inst. |
| BUSINESS OFFICE | ANITA BENDER is A BUSINESS OFFICE EMPLOYEE AT Columbia Corr. Inst. |
| BUSINESS OFFICE | KARI LLOYD is A BUSINESS OFFICE EMPLOYEE AT Columbia Corr. Inst. |
| SUPERVISOR | Cynthia NEUHAUSER is THE SUPERVISOR FOR THE BUSINESS OFFICE AT CCI |
| | Jodi HALEDEMAN is THE PROGRAM SERVICE EMPLOYEE. |
| EDUCATIONAL SUPERVISOR | RANDY SCOTT WORKS AT Columbia Corr. Inst. |

LIBRIAN: TERESA WETZEL is the librarian at Columbia Corr. Inst.

UNIT MANAGER: TIM ZIEGLER is the units 5 & 2 & 2&1 manager at CCI

CASE WORKER: CHRISTINE PROCNOW is the case worker for units 5 & Y at CCI.

Chaplin: TESLIK is the Head Chaplin at CCI

OFFICER: COLE is an officer at CCI

OFFICER: RHODE is an officer at CCI

OFFICER: Shadus bury is an officer at CCI

OFFICER: Bottleman is an officer at CCI

OFFICER: RIBERG is an officer at CCI

OFFICER: Johnson is an officer at CCI

OFFICER: Roberts is an officer at CCI

OFFICER: Meeker is an officer at CCI

sergeant: Goodwin is an sergeant at CCI

sergeant: Fitzsimmins is an sergeant at CCI

INST. COMPLAINT EXAMINER: ISAAC HART is a COMPLAINT EXAMINER at CCI

INST. COMPLAINT EXAMINER: LINDA ALSUM-DONOVAN is a complaint examiner

STAFF Advocate: MARY LEISER is a Staff Advocate at CCI

CAPTAIN: MORGAN is a captain at CCI

RECREATION & Hobby EMPLOYEE: PEETZ is a Recreation & Hobby Employee at CCI

Captain Wegnese is a Captain at CCI

Attorney Lienzkar is a corporation attorney for Racine County 730 Wisconsin Ave,

Racine Wisconsin 53403-1274


Docter: Scott Hoffnezer is a docter at Dodge Correctional Inst P.O. Box 661 Waupun

Wis. 53963

Docter: O'Brien is believed to work at Dodge Correctional Inst PO Box 661 Waupun Wis 53963

WARDEN: Marc W. Clements is a Warden at Dodge Corr. Inst. PO Box 661 Waupun Wis 53963

Health Care Manager & nurse: Beth Dittman works at D.C.I. P.O. Box 661 Waupun Wis. 53963

Doctors DAVID H. BEANS   Doctor JIMENEZ SANTIAGO   & Doctor MIRO AWOBLUYI
& Doctor KYLE P. NELSON  -  All work as Doctor for mobilex USA AT
The midwest region 6185 HUNTLEY ROAD, Columbus OHIO 43229   800-932
222

NIKK WhiteHead is company compliance & privacy analyst at mobilex
USA   101 ROCK ROAD, HORSHAM PA. 19044 215-442-0660 EXT. 74382

Doctor JANE DOE IS A Doctor at the university of madison Hospitals & clinics
A Vrologist   8501 EXCELSIOR DRIVE MADISON WIS. 53717

Kim Peterson works at A reporter for HALMA & JILEK reporting inc
NO ADDRESS available but a Phone #   414 271-4466

HALMA & JILEK reporting inc,   NO address available 414 271-4466

# B
GRIEVANCE PROCEDURE

1. there is A GRIEVANCE procedure at Dodge CORR INST.   it was
hindered then made unavailable

2. there is A GRIEVANCE procedure at Columbia CORR INST. it was
at First made available, then hindered then made unavailable
totally.

3. there's no available GRIEVANCE procedure at the university
of MADISON Hospitals AND clinics.

4. Theres no available Grievance procedure at mobilex USA. For the Defendants Pappas, mashak, Ziegler, & Jodi Halderman & Neuhauser & procnow Have Denied Access to this procedure & company.

5. There no available grievance procedure at the corporation office of the Racine county Jail.

# C      STATEMENT

Now comes Travis Delaney Williams pro se submitting this complaint suing these Defendants where the courts see applicable in their unofficial & official capacities while operating under the color of state law under 42 U.S.C. 1983, section 504 & 505 of the rehabilitation act of 1973, American with disabilities act of 1990, Title II American with disabilities act 12131 et seq, ADA Act at (48), for constitutional violations for conditions of confinement, denial of medicines & medical care, for denial access to courts, due process violation of an Improper & Illegal Hearing, retaliation, Denial of medical equipments pursuant to United states constitution Amendments 1st, 4th, 8th, 11th & 14th Amendments any other amendments this courts Deems fit. Also this suit is Brought under state law claims of negligence & mal practice, Wisconsis statue 893.35, 893.51 & 971.36, Also this suit is Brought under monnell claims for violations of policies & procedures of C.O.F & Deliberate Indifference of my serious medical needs along with conspiracy to deprive me of appropriate medical treatments

History

On March 5th 2013 plaintiff Travis D. Williams (Williams) was sent to Dodge Correctional Institution in Waupun Wisconsin (DCI) for the 2nd time in less than a year, 5 months to be exact

## Count 1

I again was medically screened by Dr. Scott Hoftiezer, during the exam I told Dr. Scott Hoftiezer (Hoftiezer) that had nothing changed since I seen him 5 months ago, I stated things are worse, & I stated I have now required a lump in each testicle that hurts very bad when I walk, when I use the toilet either way, He states he would order a ultra sound after physically touching my testicles

I also tell Hoftiezer that my osteoarthritis is worse now, He states he wants to order records from the jail & lies and states that the last records he sent for from other providers hasn't heard of me.

I also tells Hoftiezer that I have chronic pains in my back, neck, knees, feet, testicles, & that I still have the chronic constipation, & a sore I've had in my nose for almost 6 months now that won't heal, also my dry skin cream & pain pills of 800 mg Ibuprofen needs to be reinstated

Hoftiezer tells me he's not ordering x-rays for both of my legs & ankles He tells me to pick which side hurts most I picked the right side, He further states since when I left I complained about his treatments from not renewing your prescription of minerl/corn skin cream nor the Ibuprofen nor the circulation compression socks.

I stated to Hoftiezer you just order this 5 months ago

Hoftiezer states when you left Here in october 2014 you complained about How I provided medical treatment to ya!

I stated I complained How Beth Dittman Did not send with me to The Kenosha County Jail Your prescribed treatments & medications orders Cause Kenosha county Jail medical staff are medical morons. March of 2015    see 14 cv 1594 williams-v-swenson

Hoftiezer states its all the same you complain about Beth Dittman ya complain about me, I am not giving you ibuprofen 800 mg for your Chronic pain, I am not giving you skin cream For your extreme Dry skin & I am not giving you compression socks for your circulation issues in your legs  Buy this on your own, Now you can leave.   March of 2015

I leave, I contact Beth Dittman and tell occasions to policy at Dodge I was told to tell Her of Hoftiezer Actions & retaliatory conduct, I was sent back to Hoftiezer, March of 2015

When I see Hoftiezer Again He gives me naproxen 800 mg For my Chronic pain,   He gives me a Dry skin phamphlet For my Dry skin & tells me to Buy lotion off The commissary & He's not ordering Any socks For me.    April of 2015

I complain again to Beth Dittman  she does nothing. I take one of The naproxen and get violently sick vomiting & stomach Burning, I put Back in to see A Docter other than Hoftiezer to Beth Dittman. she denies my request April of 2015

I see Hoftiezer Again He Changes The naproxen to Asprin, He gives me A Netiooti system for the painful Bleeding Daily sore

8 OF 80

In my nose. And after asking again for something stronger than aspirin for my chronic pains & osteoarthritis. He states I don't need it cause we got your records back from Kenosha and they say theres nothing wrong with you & they provided me with test results from Doctor Marc Awobuluyi & Neil Johnson stating theres nothing wrong with your legs this was munch He states the test results 2015

In April 2015 I state to Hoftiezer you got the other records, Just in 2014 September & October you proscribed Ibuprofen 800 mg for one year, I state that Whom ever those doctors are lying forthe KCI cause FDC Filed a suit on them in December of 2015, and those doctors are conspiring & falsifying medical imaging records.

Hoftiezer states you going to see the orthopedic specialist Dr. Obrien anyway, I don't care either way I am not proscribing any pain pills. or you want to watch a video of the damages of pain pills I told Hoftiezer I've been taking 800mg Ibuprofen since 2010 without incident, so I ask Hoftiezer you actually saying your not going to treat my chronic pain or osteoarthritis? He states Yes, you can leave now unless you want to see the video, Dr. obrien is going to see you get painpills from her this was April 2015

April 2015 I see Dr. obrien she show me medical testing images of my knee & feet & states that the lump shouldnt hurt thats in my Testicle,

NOTE obrien & Hoftiezer stated the lump in Each Testicle wasnt Big enough to Hurt,

Dr. OBRIEN IGNORES AREAS OF THE X-RAY that Indicated cause for some MEDICAL Concerns DENIED PRESCRIBING ANY pills

9 - of 80

For my chronic pains, or osteoarthritis or for heel spurs or knees, back, legs, bunion stating you'll see a physical therapist.

Karen Miller who is not a defendant in this suit, evaluates me and examines the way I move, walk & sit down & stop. She prescribes a T-band for leg strengthening. I never received it. She orders a knee sleeve brace, gel arch supports & recommends orthopedic shoes. I never received none of the things she ordered.

When I complained about Hoftiezer's actions again and I complained about Obrien actions to Beth Dittman she ~~turned~~ turned a blind eye to the complaints telling me I received the best possible treatments from Obrien & Hoftiezer.

I file a inmate complaint DOC 310.09 & was told to contact a staff member who states to have nothing to do with this medical complaints, & then told to contact another staff & that staff telling me the same thing contact Marc W. Clements. When I contacted Marc W. Clements I didn't get a response and my complaint remained at DCI cause I was transferred for complaining and I received a letter from Marc W. Clements stating follow the prescribe treatments that Hoftiezer & Obrien prescribed. They prescribed nothing but to stay in constant pain for my chronic pains so alternatively this is what Clements was stating. Also I was denied access to the inmate complaint system by this action cause my complaint was never returned to me.

COUNT 2

OUT OF RETALIATION FOR COMPLAINING ABOUT MEDICAL TREATMENT
I WAS TRANSFERED FROM DODGE CORRECTIONAL INSTITUTION (DCI) TO
Columbia CORRECTIONAL INSTITUTION (CCI) ON MAY 5th 2015.

UPON MY ARRIVAL AT CCI ON 5/5/15 MY MOTION, &
ALL MEDICATION WAS CONFISCATED.

MEDICATIONS OF Hydrocholorthinzide 25 mg, lisincRRil 40 mg
OMEPRAZOLE DR. 20 mg. THE FIRST 2 MEDS ARE FOR EXTREME HIGH Blood
PRESSURE, THE later IS FOR A PEPTIC ULCER & ACID REFLUX which BOTH
ARE EXTREMELY BAD FROM ON THE HIGHEST DOSAGE OF HIGH Blood
PRESSURE MEDS (HBPM) AVAILABLE.

other MEDS that was CONFISCATED ON this DAY WAS SIMVASTATIN
40mg FOR EXTREMELY HIGH Cholostrol, TRAZADONE FOR SLEEP & control Voices &
VISIONS I SEE, ZIPRASIDONE 40mg FOR VOICES & VISIONS I SEE& HEAR control,
AN ANTIBIOTIC OINTMENT FOR A SORE I HAD IN MY NOSE, that WAS PAINFULL &
DAILY & BLEEDS ONE HURTE TIMES DAILY, OINTMENT NAMED BACITRACIN; ASPRIN that
SUPPOSE to BE FOR CHRONIC PAIN, REGULOID BULK FORMING LAXATIVE &
lactulose SOLN 10G/15 mL-946 mL BOTH OF THOSE ARE FOR EXTREME
CHRONIC CONSTIPATION DO to alcholism, & A NOTIPOT SINUS CLEANING
SYSTEM to AID IN THE CLEANSING OF THE SORE that WAS RIGHT ON THE
EDGE OF MY SINUS PASSAGE.

AFTER A 4 DAY WAIT I WROTE THE HEALTH SERVICE PEOPLE
AT CCI. HSU. That WAS ON MAY 9th 2015, I DIDN'T GET A RESPONSE
UNTILL MAY 18 th 2015 FROM NURSE T. ANDERSON STATING I'M SCHEDULED FOR A
TWINRIX VACCINE shot BUT DON'T SAY THE DISPOSITION OF ALL CONFISCATED MEDS,
SHE IGNORES THE FACT that I SAY I AM IN PAIN, I HAVE A PAINFULL HEADACHE
I NEED to SEE A Doctor VERY BAD & I NEED MY MOTION CAUSE I GOT A
11 OF 80

Wheelchair thats hard to wheel. cause I can not use my left arm that good Do. to pain & a past muscle re attach ment surgery.

I wrote numerous request from 5/9/15 thru 6/20/2016. and specifically 5/9/15 thru 5/21/15 about getting back all non-prescribed meds & equipment,

Also in many of the Hsu. Request slips  I "1st" asked numerous one call DCF & contact their medical dept. & ask whats the status of the Heelpads, Arch supports & Knee sleeve brace & t-band that DCF physical therapist Karen miller ordered, the response was totally against the contents of my request   it stated will reference to the physical therapist at CCE,  then in another response it stated scheduled to see the doctor, then in another response it stated sick call scheduled.  Which none was true of the responses.

cn 5/19/15 I have the twinrix vaccine shot, it was given to me by D. Valerius & I tell her that I am in pain, that I've had a Headache since 5/6/15 & my nose, Back, legs, Knees, neck, feet hurt very extremely terrible bad. He medications from suppose to have and a walker. That I dont have.  She states after the shot lets look at your file

NOTE: Defendant D. Valerius came to the prison Housing unit 6 to administer this shot and bring my complete DOC medical file with from the Health care unit, (HCU)

After nurse D. Valerius gives me the shot she looks at the file and say I see & 5 days later I received all the meds except "y" of them, which was the ointment, notispot & both laxatives stating order expired which wasnt true;

I write memo request slips pointing out this is Incorrect & How Long, & when the Doctor prescribed the missing 4 MEDS for, I get 3 of the meds but not the much needed antibiotic ointments to stop the INFECTION IN my NOSE, the response on the ointment is ordered. Expired this was the 2ND response, the 3RD RESPONSE was no more Refills. which was NONE OF This true I still had 3 REFILLS.

I write again AND FINALLY RECEIVE one tube of ointment, AND I was scheduled to go to The Kenosha County Jail in may the 25th or 5, AND I wrote the HSU again & I got Responses from T. Anderson D. Valerius, K. Whalen stating no more Refills & then D. Valerius Respond one more Refill, then no more Refill.

I went to court came back like 4 days later & I write the HSU again numerous times and got a Response from D. Valerius & T. Anderson stating ointment sent. I point out in another HSU slip that I received nothing I had SGT PAUL & SGT Gibson check the MED cart they found nothing.

Resulting in finally Receiving a tube of ointment, I had so many Nose Bleeds That I Basically Ran through that tube of ointment AND Requested Another one I was told again no more REFILLS.

I write again & stated this Had to BE AN ERROR I only RECEIVED one Refill I've got 2 left, I was told again order Expired send HSU slip For Doctor to Reevaluate. I did AND it took 3 months to see The Doctor, AND A another 6 months For the Acute Nose Sore Pain & Bleeding to stop by going to Another DR. IN Madison.

6

I submitted numerious HSU slips to see A doctor begging to see A doctor cause I was in so much pain from chronic pains & my nose would bleed heavy blood 7 to 8 times A day, my back, neck, feet, hip & knees was hurting extremely bad. & I had ask for help to obtain A bigger shoe that fitted my foot (right) do to deformities of my right foot is bigger than left

I was told by nurse K. whalen M.D. Appointment scheduled, I was told again by nurse K. whalen no M.D Appointment scheduled, then told again I was scheduled for sick call.

In may 2015 towards the end I see nurse John Doe and tell him the situation of not being given my walker or ointments & medical equipments that was ordered at DCI by physical therapist Karen miller. He stated he chart it and place the call to see about the equipments, and I would receive the ointment & he would expidite putting me in to scheduled to see the doctor for all my issues & chronic pains, he did nothing. He lied.

Weeks later I seen nurse Jane Doe she stated the same with the exclusion of the ointment, she examined me, lock at my feet looked at my shoe seen the problem, & did nothing. Nurse Jane Doe had the authority to give me my Ibuprofen for my chronic pain but didnt, nurse Jane Doe had the authority to call the clothing room and tell the clothing room to give me A size 12 EEE shoe or A 13 EE shoe but didnt stating I will tell special needs to order you special shoes. Shouldnt really

NURSE JOHN DOE & JANE DOE & T. ANDERSON ALL lied IN MAY & JUNE OF 2015 about requiring the medical equipment at DOC, about puting me in to see a Doctor. Leaving me in Extreme unbearable pains and stuck with a pair of shoes that was to small for one foot.

Nurse T. Anderson & Jane Doe both called me to the health care unit in June of 2015 Examined me & I clearly stated to them as also in HSU slips that my testicles hurt do to a lump on Each one, my back, neck legs, feet & knees hurt I have chronic pains & I have osteo arthritis & degenerative joint disease. They both ignored this and let me walk out of the HCU in pain .. in a 15/22 us response T. Anderson states she forwired my request to special needs about shoes & medical equipments, but in June of 2015 I see Nurse Jane Doe & T. Anderson for Evaluation and to again and submit shoe & medical equipment needs to special needs committee at CCI instead of reacting

T. Anderson interview Exam was June 25th 2015, Nurse Jane Doe interview Exam was 2 wks Before that, Also during t. Anderson interview Exam she states I would receive a muscel cream & I never did

Again the actions by Nurse's Valerius, t. Anderson, John & Jane Does & K. Whalen left me in a great deal of pain untill August 20th 2015 from may 9th 2015 in mental anguish.

COUNT 3.

I FINALLY DR. SYED on 8/13/15 FROM NUMEROUS SUBMISSION OF HEALTH SERVICE REQUEST SLIPS.

On 8/13/15 I TELL DR. SYED THAT I NEED SOMETHING FOR THIS CHRONIC & EXTREME PAIN I AM IN, MY TESTICLES ARE SWOLLEN AND HURT; MY BACK IS KILLING ME MY NECK IS KILLING ME AND I HAVE DRY SKIN VERY BAD & I CAN'T STOP FLAKING & ITCHING; I HAVE A SORE IN MY NOSE THAT HURTS AND AS HELL BLEEDS UP TO NINE TIMES A DAY & I NEED THE KNEE SLEEVE; WHICH SUPPORTS, HOLDS AND I THAT THE DCI P.T. ORDERED ALONG WITH THE T-BAND.

THEN I ASKED COULD HE HELP ME OBTAIN A SOFT SHOE TO FIT MY FEET WITHOUT A HEEL ON THE SHOE, AND GET MY C-PAP MACHINE BACK. HE STATED NO

DR. SYED STATES YOU HAVE TO MANY ISSUES. I AM GOING TO RECOMMEND YOU TO SPECIAL NEEDS FOR SHOES, I AM GOING TO RECOMMEND THE P.T. HERE AT DCI TO SEE YOU, I AM GIVING YOU 800 MG IBUPROFEN FOR YOU PAIN, I AM RENEWING YOUR SKIN CREAM, I AM ORDERING ULTRA SOUND FOR YOUR TESTICLES, & I AM ORDERING NEUROLOGICAL TESTING. BUT HE DOES NOTHING FOR THE SORE IN MY NOSE LEAVING ME IN A GREAT DEAL OF PAIN & BLEEDING DAILY FROM MY NOSE.

I SEE PHYSICAL THERAPIST HOESCHT HE ACTS LIKE THIS IS THE FIRST TIME WE MET OR HE'S EVALUATED ME; I SEEN THIS P.T. FIRST IN JULY OF 2015. THEN AUGUST OF 2015.

SO PHYSICAL THERAPIST HOESCHT IN AUGUST OF 2015 REEVALUATES ME LIKE HE DID THE FIRST TIME & GIVES ME THE RUN A ROUND AGAIN CAUSE IN JULY I ASKED THIS P.T. SINCE YOU SEE TWO CONDITION I AM IN, MY FEET ARE IN, CAN YOU HELP ME GET SHOES

Knee sleeve brace, Heel pads, Arch supports. this p.T. states I cant help you obtain nothing, I asked why I am I seeing you? You see my Right foot is stuffed in this shoe stretching the shoe to its limits. So after a few tries at exercises I couldn't do I left.

So I received the ultra sound to my scrotum it was conflicting to the "march" ultra sound at DCI, I had the 2nd ultra-sound in August 2015 at OCI on the 20th day.

Doctor David H. Berns states in march 2015 the 15th that its a cyst of the head of right epididymis but doesn't state any course of treatment or what clinically should be done leaving Dr. Heftiezer, Dr. Obrien & Dr. Syed a free card to ignore it and the pain associated withit.

In another ultra sound on 1/7/2016 I have the 4th ultra sound and Doctor Jimenez Santiago states no gross changes since 11/19 2015, But both are not well Imaged

Doctors Berns, Santiago, & Awobluyi all gave conflicting testing result to favor these vendors denial of treatments to me, In other words the mobiley usa doctors has a hidden contract to conspire to Falsefy Imaging x-rays to fit its vendor customer needs or denying medical treatments to its patient

I point these Irregularities out to Dr. Syed and he at First refuses to send me to an outside specialist of urology,,

I also point out that P.T. Hoeschst states he cant order me shoes knee sleeves, arch supports or heelpads. I further state to Dr. Syed that you dont need to order me nothing! All you got to do is pick up the phone and call DCI medical department & see what happend to what was ordered in march of 2015 of a T-Band, & what was ordered in April of 2015 of a knee sleeve brace & heel pad & arch supports. Syed actions resulting of denial of, completed denial of the T-band & heelpads, resulting in denial for many months of the knee sleeve, archsupports & soft shoes, causing pain daily in every step I took every day

I received the knee sleeve brace & archsupports in november & december only after filing an inmate compliant and the complaint examiner stating it was first ordered at DCI but leaning towards that cause I was transferred here at CCI that canceled the order which isnt true.

Upon appeal I pointed out that if CCI staff new english and could comprehend my numerious HSU request slips they would of got off they lazy butts and just called DCI, & got the equipments

Note! let me back track for the rumour:

After the 8/13/15 doctor visit nurse whalen deliberately and maliciously held the 800 mg Ibuprofen & skin cream & stated that I had no follow up appointments scheduled to see Syed. This was all a lie and nurse whalen stated that I had no referral to a urologist which wasnt true she did this in retaliation of an argument me and Dr. Syed had over my numerous chronic pains & condtions

NURSO WHALEN single HANDLEY KEPT ME From seeing DR SYED FOR A follow up to FIND out result to the myust ultra sound AND THE P.T. recommendation on medical equipments & orthotics.

NOTE ; MOVING FOREWORD

Also in July of 2015 when I see Physical theguinist Hoeshot I state that while at DCI I was going through physical therapy & that Therapist was on 4/29/15 ordered two foot orthotics & during a 4/15/15 session she used electrical stimulation of my leg muscels, ordered orthotic splinting & Hot & cold pack usage ; This DCI P.T. states He not authorize To order any thing like that.

while ignoring these orthotics & MEDICAL EQUIPMENTS needs both DRYSED & Hoeschot both Ignore my BACK & NECK pains KNEE PAINS, testicles PAINS & Swellings, these were chronic PAIN ISSUES

stating That each had no authority to order any of those. EQUIPMENTS resulting in me winding complaints about the Doctor & physical therapist.

I write Health service manager meredith mashak saying to comply with policy DOC: 310.09 (4) AND my request are intercepted numerous Times by Rachael pittard & t. Anderson & K. WHALEN stating the Doctor ORDERS the EQUIPMENTS I am seeking, stating that the P.T. IS qualified; THEN stating; its noted about my complaint This Intercepting goes on for awhile resulting in a sub stantial delay In Filing A complaint.

19-0P80

9

Also During may & August I Asked For Through Numerjous Hsu Slips Requesting to see my Files of medical Records, nurse Archael Pafford Responded Numerous times From may 2015 through July 2015 un the list. I visited the Review process twice During may thru July & I pointed out to whom Ever in charge of medical Records Reviews I Experienced A staple thats stapling numerjous document tegether And I cant Review portionser the file I need to.

Unbeknownst to me it was R. Pafford job to set up Reviews But I got A Returned Hsu slip with unlegible Response writing that she see no staple, But During A July Review we Remove that staple & I see that or what I need to see.

And that was my medical File was mismatched with inmate Corey Roosevelts 162900 D.O.B 3/12/60 File. I never pointed this out hoping that During this courts screening of this Complaint it would order A Protective order An Confiscate my entire medical File From CCI.

COUNT 4

I Finally point out the stage managing reports From mainly being Able to Review the medical Records And DR. Syed states He didnt no But the difference of A Few milimeters shouldnt make A Difference I state that if I can physically notice it, And the rain why Dont it make A Difference, then I state you must dont have testicles? Cause Even if you did From quite sure During sometime in your life you Experienced A thin Bump or pimple on your Testicles & Just that Hurted He comments not But stated I had put you in to see A urolegist But this isnt

20 of 80

what happened I was seen by a Neurologist This was late september or EARLY october 2015.

Dr. syed calls me in to discuss with me the Neurologist testing results. He states the test proved's nothing. I state what about the urologist. So on 12·18·15 I was finally seen by a Urologist Dr. Jane Doe

Finally I see urologist Dr Jane Doe, she states to me she wants to order Another ultrasound when I point out that the mobile/ox Doctors is Both conspiring to falsify medical imaging to help CCF deny me pain meds & treatment such as surgery to remove these 3 cyst or 2 in the right & one in the left.

urologist Jane Doe also states to me that she wanted to order a MRI & pain clinic The only thing I received was a ultra sound by the same conspiring company or mobile X USA on 1/07/2016 stating by Dr. Jimenez spaulPage that Both are not well imaged but gives a medical definination or size of Both testes & states no change since 11/19/15

Dr. syed calls me in his office due to other medical issues I complained about or my nose still bleeding & wont Heal, a antibiotic ointment or pill for this, back pain & neck pain He again refers me to the p.t. for the back & neck pain ~~october in~~ november 2015, He gives me a intseptic called bacitracin for my nose But I thought it was the same antibiotic ointment, so After not immediately receiving I filled out a medication refill slip stating I hadn't received the Bacitracin ointment

I was sent the ointment, But the order was for a antiseptic. I received the wrong medication

So when I filled another refill slip I was denied any thing then I wrote another HSU slip to see someone about this Nurse Newbury sees me evaluates me in november I believe in 2015 and looks at the sores in my nose and states when it Bleeds put ICE on the Bridge of your nose, then she states for my shoulder pain try not to use my walker so much & put ICE on my shoulder 4 X PERDAY

I ask Nurse Newbury what ICE going to do for the sores in my nose. She answer not.

When I complain about Her actions 10f 19 making the sore in my nose she says nothing to defend Her outrageous treatment regiming but lie & said I refused treatment But she was never at the housing unit to see me look like a idiot put ICE on a nose Bleed that wouldnt stop nor Have she ever seen me put ICE on my shoulder.

Nurse Newbury Never sent 2 ICE Bags to the unit A Guard gave me one ICE Bag that I had to alternate.
Nurse Newbury Deliberate left me in pain appeasing Her co-workers I had previously written up for malicious action against me in the denials of medical treatments

I see Nurse Newbury again after that and she points out Havent you Been using the Botasept antiseptic? I stated no Cause ive Been refused the ointment she says its not an ointment I stated thats the last thing I received was an

22 of 80

ointment not pointing out that I filled a medication refill slip & you just seen me & refused to look at the Doctors progress notes act previous to on my nose when it bleeds and surely I wasn't going to point out that I put in a refill medication slip & was given the wrong medication.

Nurse Newbury actions left me in pain for months than she deliberately ignored my chronic pain in my Back, neck, & shoulder even after I told her I had reattachment surgery in my arm This resulted in me waiting months for a Pain cortizone shot for the chronic shoulder pain & going to a qualified Doctor to treat the sore in my nose that was now over "wellover" A year old.

Nurse Newbury deliberately Took money out of my inmate trust and account & charged me for a co-pay I wasn't suppose to pay twice Being charge $7.50 not knowing of the charges untill A week after each visit.

I seen Nurse Newbury 3 times from october 2015 untill the early part of 2016. Her denials of not appropiately laking at the medical orders denied me proper treatment resulting in constant acute chronic pains of my nose, testicles, shoulders.

on 2/11/16 I finally see a Doctor in madison for my nose He performs a nasal perferation wound vlceration, A procedure where A cold silver nitrate was used, then Kerlex sec me & Bactroban ointment. I was given the pills almost a week later. Then never given the medicine when I complained about Nurse Venya lies & says its ordered to co complain for a total of 45 days after the procedure Nurse

Newbury calls me in to interview me and she gives me a tube of Bacitracin ointment. This is the same ointment that never worked for the last 20 months. But gives to me 45 days after the nose procedure :

My nose is slowly reverting back to it's original state of hurting bleeding with blood draining in my sinuses associated with pain & constant daily sinus headaches.

Dawnt #

DR Syed finally calls me to his office in november & December of 2015 also January of 2015 He still denies giving me same thing stronger than 800mg ibuprofen for my many chronic acute pains.

DR Syed Had ordered blood lab test in January of 2016 & December of 2015 He didn't have the results of those blood test in December of 2015 He wrote x-rays for my right thumb & states the cumudere is down He can't show it to me then but doesn't have the 12/22/15 mobilex report but states the neurology report is removable.

I state to DR Syed puerhaso cleey recean @ mobilex radiology reports from a company that conspires with corrections all through the state to give a favorable report to minimize docs & jails medical cost for inmates, Detainees & prisoners medical emmisdiate care.

I further state that Mobilex USA doctor Marc Awobuluyi stated for the racine county Jail I didnt have no problems with my knees or osteoarthritis,

But Mobilex USA doctor Kyle P. Nelson stated something different. One test was taken on January 8, 2015 & the other taken on 3/20/18 about 72 days apart & Kyle P. Nelson states that I have osteo arthritis of the right ankle & modest osteo arthritis of the right knee.

Then I further state the only reason why Mobilex USA doctors or Kyle P. Nelson didnt say nothing totally wasnt wrong cause [illegible] not suing you and you didnt inform them of this.

But they are doing there normal conspiracy act of down playing medical issues to save DOC. money and keep them in business. Dr. Syed laughs it off but refuses to have xrays ordered at the University of Madison.

From January 2016 thru march 2016 I seen Dr. Syed, & he refused to fully examine me, he has never examined me, he states: during August 15 through June 2016 that he has ordered things but he ant,

He's claims on march 29th 2016 he crordered a scrotum support but I wasnt fitted for it untill June 10th 2016.

He's clamed to have increased the medication Terazosin 2mg in response to complaints I was urinating to much up to 15 times an hour or at times feels like I got to urinate but nothing comes out & it burns when I urinate.

He has stated in his filings complaints stating the nurses

16

25 of 80

NURSES. Isnt given it to me. In reality syco lied about the meds order.

DR syco states In a Interview because thats all we ever went through. is Enterviews That Hes Renewed my mindering skin cream. & did nt He DR syed ordered Dermacerin skin cream
for this face not body

NURSE Chandance warner, Chris Deyoung, tim Ziegler, case worker. Jackie Westover in may 2016 was suppose to have a meeting with me stating write down my medical complaints regius Medical staff & Psychological staff & we will discuss the issuen.

Westover cancels the meeting, & when I file a complaint about it I was told to contact Tim Ziegler who went answer most of my inquiries when He knows they lead to the Doc. 360.09 (4) portion of complying of the complaint Inmate system.

March 29th 2016 Dr syco stated He had ordered Bactrose & I've never received it,

NURSES. DeYoung, Anderson, Valerius, K. Whalen, mashing Newbury. grafton states no order. Msc Parrero states the same

As of march 2016 I was Deliberately Excluded from any form of Medical services by retaliation for filing complaints.

Also officer Allen man Had stated in late 2015 when He became permanate officer at this. Health cares unit. That I will never Be cintlled to the H.C.V. long as He works. and He. haved to keep His word untill I wrote captain wogness.

Count 5

late as June the 1st week 2016. Officer Bitterman has denied me access to the Health care. the obvious May 13 2016 officer stated that the officer stated & refused, then He stated runs at recreation which both was a lie.

I contacted Captain Bodday. of this twice Being Denied of this. & He stated He would investigate but Has yet to tell me the Findings, Captain Bodday Further states He was going to look back on the pass log comments but Has yet to respond back in writing. Bitterman reason Has left me in physical acute chronic pain & continual pain Cause, most these visit was for med visit & Psychological visits

~~search copy~~

out of retaliation of nurse's gossiping about my numerous complaint filings. upon 1st meeting officer Bitterman Developed a negative attitude Taunting me and started Denying me access to the Healthcare.

Count 6

Sarah Fay In May of 2015 I ask Sarah Fay could she Help me obtain a shoe to fit my Feet cause one of my Feet was Bigger and I needed a size 12 shoe for the left Foot & a size 13 for the right Foot she stated she couldn't Help me. All she Had to Do is Just call the clothing Room to Do this, she did this for other inmates in the special management unit not not me.

so in June & July of 2015 I Tell Sarah Fay that custom & procedure at CCI is when a prisoner at CCI comes to CCI He's taken to R.O. which is receiving & orientation

17

HE HAS ACCESS to A RULE BOOK OR CCI, A COMMISARY PRICE LIST IS GIVEN to HIM AND A EMERGENCY contact list & A RAZOR.

SARAH FAY STATES OKAY SO, I SAID SO. FROM GOING to court AND ON TRIAL IN A FEW WEEKS AND THE SERGEANT STATES IF YU APPROVE IT HE'll HAVE AN R.O. RAZOR OVER SHE STATES let ME SEE. LEAVES the UNIT & NEVER COMES BACK, I WRITE HER BY REQUEST SHE DONT RESPOND I FILE AN INMATE COMPLAINT SHE COMES TO MY CELL DOOR AND WAKES ME STATING SHE WANTED to talk about MY COMPLAINT, I TELL HER PUT IT ON PAPER OR ANSWER ONE OF THE NUMEROUS REQUEST I SENT HER MY INMATE COMPLAINT WAS SENT BACK to ME THAT DAY STATING contact MS. FAY.

I WROTE MEMO REQUEST to HER UNIT 2 WEEKS REPLE THE COMPLAINT with A REQUEST SLIP STATING SARAH FAY WON'T RESPOND THE SAME MEANING I PUT THE COMPLAINT IN THE COMPLAINT BOX. SARAH FAY & LINDA ALSUM ODONOVAN THE COMPLAINT EXAMINER CUMES to the UNIT.

THE COMPLAINT EXAMINER STATES WE talk About THINGS AROUND HERE WE DONT FILE COMPLAINTS, I TELL LINDA ALSUM ODONOVAN I WOULDN'T COME IF THEY TOLD ME I COULD GO HOME TODAY ME & THEY HAVE NOTHING to talk About PUTTING IN WRITING AND I WILL GET SOMEONE to HELP ME READ IT & RESPOND to IT.

SO WE talk About THE FACT DUE to MY HAND SIZE I CAME STRAIGHT OFF THE BUS to THIS SPECIAL MANGEMENT UNIT & NOT to R.O. AND THE FACT THAT I WASN'T ISSUED A RAZOR LIKE EVERY NEW ARRIVAL.

LINDA ALSUM ODONOVAN MADE THIS to BE A INDIGENCY ISSUE WHICH IT WASN'T. IT WAS A POLICY & CUSTOM & PROCEDURE ISSUE, BUT RESULTED IN STILL BEING DENIED A RAZOR AND ME HAVING A FACIAL HAIR SKIN DEFECT BEHIND THIS WHICH INCREASED MY NEED TO SEE A DOCTOR.

28 OF 80

Smith Ray also conspires with the medical units K. Whmlen & Sgt Hopp to having me moved off the Handicapp unit after I was filing this complaint about the razor.

Out of the blue I see the physical therapist at Smith Ray's Direction. He couldn't honestly say I was Disabled, but it was Smith Ray who coerced K. Whmlen to state I Didn't Need a wheel chair at all and that I can walk, it was Smith Ray as a special needs committee member that cut or refused to deny me wheel chair distance approval.

I put in a HSU request slip stating I was having problems with my legs unbeknownst to me it was getting colder & the osteoarthritis gets worse at this time this was october 2015 so I see K. Whmlen and she sday without a Doctor prescribed orders Denys me the entire wheel chair use & approves her Buddy Smith Ray stating I can walk there's nothing clinically wrong with me, but I should use my Whmlen to strengthen my legs and walk more.

At this Smith Ray had me moved off the Handicapp unit, and when I filed a complaint of conspiracy this complaint was rejected twice stating it was Malicious.

Count 7

Dr. Vickrey, Dr. Woods & Dr. Stryge

Whillst CCI in may of 2015 on unit #6 the special management unit I write Dr. Vickrey about my medications He state He'll tell the nurse to give me the medications we haven't met, but I only receive one of the medications

43.

I write Vickroy again and tell Huwe I still Hadn't received the 2nd
medication of Ziprasidone, I had been waiting Vickroy since may 9th
2015 He postpones 1st Lewmas the end of may, then again the 1st
week of June about the medicatims.

I had clearly told Him the medicatims wasn't proper and That I
needed to go seen and records required from my private Psychiatrist,
He Paid No attention to what I said,

I seen Him twice since may & about august of 2015 after being
told after returning for meunt appearance that I had to see him, On
Vickroy states I want to take away your meds cause your cholesterol
is High I state its Been High for the past 6 years, He states
Less Just stop it for awhile and see how you Do, I state to him
dont Do it if you do I have a multiple personality disorder &
it could lead to violent reactions, His states well try it and see.

I write His Supervisor Doctor Woods and tell Him This &
Dr. Woods States Dr Vickroy wants to give a violent reaction
before He continues your meds Back but He will talk to them,
resulting in Vickroy not taking them Then But Ealling
December of 2015 about this time Woods guit working at
CCI.

This action resulting in me receiving undue disciplinary
conduct reports cause 1. I am under medicated & 2. then
Dr Vickroy Totally took them away.

Dr. Woods I told Him I was under medicated
& its time to keep things together & He stated He Backs Dr.
Vickroy, and That He sees nothing in my file or my psi—
presentence investigation report. 30 of 80

I Further state if he read this psi it confirms all the meds I was taking for my mental Health issues and it states at the time of the report being due none of the other records arrived.

Also the mental Health for DCC, was created in April of 2015 about 3 months Ago. Dr Weros states at my request He would require past mental Records and He sends me medical release authorization forms But state He cant Help me with the addresses, I'll Have to find them on my own.

then states I'll have to fill out the forms on my own. then state ask Ms Anderson THE case worker supervisor. I write Ms Anderson & she states she dont usually do these things and she dont know who told me this But write her she might be able to Help me. this was october 2015

but I was moved By then Never Being able to obtain her Help.

DR Stange I wrote Dr. Stange asking for Help getting special management unit status for mental Health, she respond I'll visit you to Discuss this was may 2015.

So she missed her 1st scheduled visit, I wrote her Numerous more medical psychological request slips & she stated she would see me. to Discuss why I dont fit the smu criteria. THE 1st time I seen her she just plainly stated I Dont fit the criteria. 31 of 80 4.5

31

I complained to Dr. Woods    He stated He stood Behind Dr. Stange. But all Doctor Stange ever said was I dont fit the criteria.

I pointed out to Dr Woods & Dr. Stange I've Been in some of the same mental health Hospitals as most on this unit And am thinking the same type of Meds as other people on this unit. Dr Woods still holds His position He stands Behind stange.

So Stange answered another request I write saying she will come talk to me and tell me why I Dont Fit the criteria mentally.

So happen I am in the Day Room getting to so a pass me Dr Stange comes through the Door and says Do you want to talk about your smv Criteria? I said yes & we sit Down at the table then she Just looking at me and smiling I ask whats Funny, she says okay you know why you Dont Fit the smv status? I said no why? she Dr. Stange states clear as Hell, look around you, this is why you Dont Fit The special management unit criteria for mental Health.

I look around All thats around me is comcussion male Guards And inmates. so I took to Be implying that Cause of African American Decent this is why I Dont Fit the smv criteria, this Action Denied me of a county psychologist & psychiatrist Counseling a special status state
3-2-0F-80

Any time I state I seen a staff member at the Healthcare unit per sick call and was denied medical service, then explain exactly what happened in the sickcall interview or explain if that complaint was always rejected stating to many issues.

See Attached Exhibit # A it clearly say state your complaint when I state my complaint & precisely what went on or happens my complaint was rejected

Then when I list all the people I've contacted, I am told to contact some who dont have no authority to have in put over this one incident issue from complaining about.

This type of conduct from ESSAC Hart & Linda odonovan & mary leiser went on from June through June 2016

I spac. Hart upon one complaint where I stated officer cole opened up legal mail of mines from racine corporation counsel & lied and state officer caulkings opened it up.

Essac upon coming to this unit signing witness papers for brad schimiel the attorney general of wisconsin, I show Hart the top of the box that the numerous amount of legal documents came in He immediately went back and lied in the complaint report stating the box wasnt clearly marked & cause I didnt have the bottom portion of the box the officer couldnt have knowed this was legal mail. & the comparison Envelope that I showed Hart had the same I dentical label but that twisted & lied to deny me relief.

this process happend a few times like 15 times.

Then it was several times that complaints was destroyed stating some unknown substance on it, I did not put the substance on it, so therefore CCI 3rd shift staff on that day of mailing had to either deliberately waste some-thing on it or open it up & put something on it.

This happend twice with the same complaint, again alerting me that I should watch the complaints I file.

On a Saturday Sgt Haag upon me picking up my mail at the desk ask me why are you writing us up all the time? I ignored the comment & told I.D. Moffett Haag is up there opening up legal mail & resealing it with the glue stick.

I attempted write the actions of nurse Whalen single handly without a doctors order taking my distance wheelchair use denying me access to a wheelchair when my osteoarthritis acts up and I can't walk, that complaint was rejected stating written maliciously to cause harm.

I wrote the action of the physical therapist upon a complaint that complaint was 1st given the round around until CCI ICE Hart & Linda Alsum O'Donovan found away to say it was untimely & would not accept the fact I had to rewrite cause it was to have alleged to have to many issues.

Then they will get Mary Leiser to send the complaints Back Stating to many complaints per the week, This Action totally shut down my complaint process Access As or March of 2016 all the way untill June 2016

I file a complaint stating I seen the Dr. and he denied me medical devices, Then when I explain what the devices are that He denied, I am to 10 by Mary Leiser to many issues pick one clear issue, But the issue was clear the Dr. denied me medical devices.

I learned fast that writing a inmate complaint including any CCI staff members name would result in:
(A.) get rejected quick
(B.) Be processed quick denying me a right of what I have a clear entitlement to  OR
(C.) Delayed in the processing

When Mary Leiser sends complaints Back that states to many issues pick one clear issue, this complaint has to Be rewritten, so in re-writing many of the complaints I honestly " sign the date it was rewritten, turn the rewritten complaint in that was allowed to have a procedural default, then this complaint is now rejected as Being untimely  Denying my complaints Due process.

I wrote the issue of seeing the Doctor & He Denied me again medical devices it was first rejected then I explain in a projection appeal this is a different incident same person. It goes all the way to Madison and is rejected as Being untimely
34   34-62-80

monthly staxend up a 3 rate which is 17 dollars every 2 weeks
it denied me to be in mental Health counseling groups
it denied to be a part of a federally funded mental program
that I am more than qualified for. causing me more mental
pains & emotional pains.

Count 8   ISAAC HART , MARY LEISER , Linda msum obdacram

These 3 individuals are part of the INMATE Complaint Process
as such forms a an Employee partner ship to process complaints
from may of 2015 thru to June 2016. this 3 Has formed
a Hidden policy Denying most of my complaints by false
process unit Defaults.

(A.) saying contact this person per occ. 310.09 4  And when
I state after weeks they wont respond still denying to process the
complaint timely

(B.) Rejecting complaints starting to many issues, but
the situation must be Explained and the issue I've always
stated in the begining of Each complaint

(C.) Falsely Denying complaints where I had a
claim entitlement to relife stating this records not absolute
clear or the record of evidence is in conflict.

(D.) Finally Developing a custom of Holding my complaints
for weeks then when I want the 7 day penus for filing note

LINDA ODONOVAN STATES IN ONE REQUEST HER THAT A COMPLAINT OF MINES HAD NOT BEEN PROCESSED BUT IT HAD WHILE I WAS NOT AT COURT FOR A WEEK, THE PROCESSED COMPLAINT WAS ABOUT LINDA BENDER DENYING ME LEGAL POSTAGE IN RETALIATION FOR FILING A COMPLAINT ON HER FOR DENYING ME LEGAL LOAN STATUS.

LINDA ODONOVAN LIES AND SAYS THE COMPLIANT WASN'T PROCESSED BUT IT WAS. THE COMPLIANT CLEARLY STATED THAT INMATE GLEN WAS DENIED A PHONE CALL TO A JUDGE. THE COMPLAINT IN THE HEADING HAD MY NAME BUT INMATE GLEN COMPLAINT FINDINGS. WHEN I POINT THIS OUT, THE COMPLAINT WAS AMENDED IN THE FINDINGS DEEMING WHAT I SAID IT WAS PROCESSED, DENYING MY DUE PROCESS RIGHTS.

MARY LEISER STATES IN NUMEROUS REQUEST THAT SHE HAS NOTHING TO DO WITH THE COMPLAINT PROCESS, BUT RESPONDS TO ALL INMATE RETURNS OF COMPLAINT INSTRUCTING THE PERSON ON WHAT TO DO. NUMEROUS TIMES I STATED TO HER BY REQUEST UNDER D.O.C. 310.09 [4] THAT THAT PERSON. I AM WRITING OTHER STAFF IS INTERCEPTING THE REQUEST SLIPS. SHE SAYS THE SAME THING BY STANDARDIZED MEMO. CONTACT JOHN ON JANE DOE PUR DCC 310.09.4

I EVEN SHOWED MARY LEISER THE NUMEROUS INTERCEPTED REQUEST SLIPS I WAS WRITING THE HEALTHCARE MANAGER, SHE WOULD NOT AS STAFF ADVOCATE ASSIST IN PROCESSING THE COMPLAINT, AND SHE NEVER STATED UNTIL RECENTLY IF THAT THAT PERSON DON'T RESPOND IN 10 DAYS THE COMPLAINT WILL BE PROCESSED IF RE SUBMITTED. 37 OF 80

This action by Mary Leiser resulted in many complaints being untimely deemed & rejected when I explain Mary Leiser instructions the complaint was still rejected.

Linda Odonovan proved to me it dont takes ways & weeks to process a complaint under Doc. 310.09 [4]

Cause I filed a complaint on Sarah Fay about not answering R.O. Razor at her approval, I noticed Linda Odonovan by inmate request that Sarah Fay would not respond on paper when I re submitted the complaint. The result was the morning I put the complaint in the Box, the same morning Sarah Fay & Linda Odonovan came to unit 6 & said lets talk about my complaint we talk about thing around here.

That particular complaint was picked up that morning & processed & finding was issued by 10am, I put the complaint in the Box at 6:40am that morning.

This resulted in Linda Odonovan lying about cause I am argent I cant buy Razor which wasnt the case.

Then Linda Odonovan told Anita Bender in the business office to not deduct any of my state monthly stipend money whereas I had ordered 3 or 4 Razor that day or hearing this complaint that Odonovan brought to the unit that day.

Linda Odonovan conspired, Isaac Haut conspired, Mary Leiser conspired to delay, hinder, & deny complaints with certain staff members names in it like nurse Whalen, Sarah Fay, Chris DeYoung, this action denied me my Due process rights out or maybe 100 complaints filed only once I ever recieved my Due process and & thats when officer

RHODE DENIED ME AN INDYGENT ENVELOPE.

THE ISSUE OF NOT BEING GIVEN MY 3 REFILLS ON MY ANTIBIOTIC OINTMENT WAS FAVORABLE IN MY DUE PROCESS RIGHT TO MEDICATION BEING ISSUED TO ME. BUT LINDA O'DONOVAN & ISAAC HART CLAIM1 TO HAVE REVIEWED THE MEDICAL RECORD & STATE THERE IS SOME INCONSISTANCIES. BUT IT SEEMS I SHOULD OF GOTTEN ONE MORE TUBE OF OINTMENT. BUT DONT DIRECT MEDICAL STAFF TO DO SO, NEITHER DOES THE CORRECTIONS. COMPLAINT EXAMINER IN MADISON

I HAVE ISSUES WHERE THEY STATE, THE DEFENDANTS OF ISAAC HART & LINDA ODONOVAN WHERE I SHOULD OF BEEN ISSUED KNEE SLEEVE RANGE, & ARCH SUPPORTS BUT DELIBERATELY IGNORE THE FACT IT WAS AN ORDER FOR HEEL PADS & A T-BAND TO, EVEN THE COMPLAINT EXAMINER IN MADISON RULED ON THIS. THEN LATER REJECTED THE COMPLAINT

custom | this to HAS BECOME A COMPLAINT EXAMINER IN MADISON to FIRST ~~DENY~~ ACCEPT the COMPLAINT THEN MONTHS LATER REJECT IT NUMEROUS COMPLAINT EXAMINER IN MADISON HAS DONE THIS, THIS TYPE OF ACTION HAS WENT ON FROM MAY 2015 THROUGH JUNE 2016.

ANOTHER CAUSE FOR UNTIMELY FILED COMPLAINTS TO MADISON WAS ANITA BONDER OR V MAI LLOYD DELAYING POSTAGE APPROVAL FOR UP TO 10 DAYS AT TIMES, FOR COMPLAINTS GOING TO MADISON TO COMPLETE ITS FINAL STEP IN THE COMPLAINT PROCESS.

ANOTHER CAUSE FOR UNTIMELY COMPLAINTS WAS 320 THAT GUARDS WOUIDENT SIGN THE DISBURSEMENT & THE COMPLAINT WOULD GO TO THE MAIL ROOM NOT APPROVED FOR POSTAGE FROM THE BUSINESS OFFICE

resulting in the envelope being returned to me 2 days later once I explained this in a envelope mailed to the complaint examiner and the complaint was still rejected.

A compliment I filed stating I missed a Bible personal study with my spiritual leader was accepted, then, it happens again a month later that complaint was rejected as being duplicate. This issue in short I can't walk like normal people so what takes a normal person 5 min to walk it took me about an ½ hour so chaplin teslik stated he would inform the visiting room up this but did not do it resulted in 2 personal meetings for sole religious counseling & Bible study being missed.

They of Isaac King & Linda Alsum odenwin state it was resolved [RE solved] by giving me an extra 15 min + 5min to make to all passes & recreation & library movements, but this isn't true I am only given the 15 min not the plus 5 min & this only applies to passes that staff are familiar with situation knows about it.

I am still denied this 15 min plus 5 to attend recreation & library resulting in a total denial of recreation, resulting in only 45 min of library time not the whole hour & 15 min, & I only utilize law library so this action denies me effective process to law clerks & the courts.

See Exhibits $ # A & # B I first filed at least 80 complaints. on Exhibit # A and most of them was procedurally denied by false finding or to many issues, see Exhibit # B the situation has gotten worse with this one form 1750 when you state who you contacted they came up with none to control

Count # 9 - Schmidt American with Disabilities coordinator
Schmidt is the ADA Coordinator   I wrote Her in may
2015 Telling Her I Need my walker   I am forced to
wear a shoe thats to small for one foot   This like my 9th
2015   & She respond the end of may stating   I should have my
walker by now   But dont comment in Help obtaining a shoe to fit me
foot.

I write Schmidt  telling Her in october I was unjustly
Denied of my Distance wheelchair use  she dont respond at all.

I write Her also in october of 2015  and Tell Her out of
retaliation  I was Denied handicap Housing and accommodations, and
that per Wisconsin FeDeral regulations  28 CFR Part 35 &
ADA & rehabilitation  act I am Afforded reasonable modification
& accommodations She dont respond to this either

leaving without a voice an outlet to voice my needs and disability
rights,  leaving me in pain & mental & emotional pains & anguish
Daily trying to pull my self up stairs  not Being able to walk
Down stair, Dropping feed trays, Being in a small cell not Being able
to use my walker at times cause of a cell mate and limited space
resulting in many falls injuries to my wrist, shins, elbows.
Schmidt Denied me my rights as an AD.A coordinator

Count 10   Anita Bender, Kari Lloyd & cynthia Neuhauser
michael lanzdorf, kim peterson & Jodi holdemann, Healmn & Julek
reporting inc.

IN MAY OF 2015 I ASKED ANITA BENDER FOR A LEGAL LOAN TO HAVE ACCESS TO THE COURTS OF FEDERAL & CIRCUIT STATE COURTS & THE INMATE COMPLAINT SYSTEM (ICRS)

ANITA BENDER DIDN'T FOLLOW THE RULES AS OUTLINED BY DAI POLICY 309.51.01 AT III. TITLED LOAN APPROVAL & DENIAL, WHEN I INQUIRED TO WHAT'S TAKING SO LONG SHE STATES SHE PERSONALLY HAVE TO INVESTIGATE MY LEGAL LOAN NEEDS LIKE SHE HAD TO GO TO EACH COURT AND SPEAK TO THE JUDGE PERSONALLY. IN THE EASTERN FEDERAL DISTRICT OF WISCONSIN & THE KENOSHA & RACINE WISCONSIN JUDGES AND THE ICRS EXAMINER.

I AM TELLING ANITA BENDER (BENDER) THAT I ONLY HAD 45 DAYS TO RESPOND TO A WRIT OF CERTIORARI IN CASE NO. 13CF631, I WAS INSTRUCTED AND INFORMED AS PART OF THE RULES WHEN FILING THIS MOTION WAS TO SEND COPIES TO THE MOTIONS TO LEGAL COUNSEL FOR D.O.C. & TO THE ADMINISTRATIVE LAW JUDGE WHEN COMPLYING WITH THIS RULE I WAS DENIED POSTAGE TO SEND MOTIONS TO THE LEGAL COUNSEL & THE ADMINISTRATIVE LAW JUDGE STATING NOT ALLOWED.

I WRITE BENDER TELL HER WHAT THE RULE IS SHE STATES SHOW HER PROOF I SEND THE ACTUAL COURT PAPER AND SHE DON'T SAY WHETHER SHE'S GOING TO GRANT POSTAGE, SO I SEND THE MOTIONS BACK OUT THEN THEY WERE DENIED AGAIN.

RESULTING DENIAL IN FILING THE APPEAL TIMELY, SO ABOUT 6 DAYS LATER ANITA BENDER FINALLY SAY SEND THE MOTION BACK OUT FOR APPROVAL BUT I HAD ALREADY WROTE THE COURTS & ADMINISTRATIVE LAW JUDGE EXPLAINING TO THEM OF BENDERS ACTIONS.

Benders actions resulted in me abandoning the writ of certeirari because I couldn't meet the deadlines.

I filed a complaint about Bender taking her time to approve the legal loan, then denying postage.

In retaliation Bender takes a federal filing fee and turns it into a state filing fee case. And my entire monthly stipend was alleged to have been sent to the courts. But Bender lied the business office held my money.

Then in a matter of 2 wks after that Ms. Bender denies me a ink pen when I fill out a legal supply requisition order form, stating I don't need a pen,

Then when I complain about this she sends me a pen finally 2 wks later that didn't work leaving to have to sale my hamburger to get a pen from another inmate,

When I complained about these actions it was stated that it was fixed before I went to court in Kenosha I was sed a printout statement showing this but when I came back from court I didn't see it any fixed it was back now at 100.% & 36%.

I complained about this & that I wanted my money back In June of 2015 & Bender lied & said it was sent to the courts but I had 5.71 to spend in like June or July of 2015, then $9.00 was missing this 5.71 was the 100% Bender stated was sent to the courts but wasn't.

31

This caused me to inquire to the Eastern District clerk asking how much money has Columbia Corr. Inst. sent them for filings fees the amount was low and didn't equal this deductions wondering how could Bender & her friends go to Wisconsin Dells down the street and their fun on my money.

This action denied me soap, tooth paste, laundry soap, lotion & a toothbrush. This action of unaccountable deduction went on from June 2015 until June of 2016

In late 2015 November & December of 2015 I ask Bender to approve for me to get medical copies for 14 cv 1078 & 14 cv 1594 the states send her a document stating this and she approves this.

I also inquire of the same thing of Kari Lloyd & she approves it but early 2016 out of retaliation for filing complaints on both they stop approving to allow me to get medical copies to send to the courts refuting any assertions by attorney Amy Doyle & Jill Munson resulting in me not effectively addressing the courts filing frivolous motions to compel case I had asked p Defense attorneys to share records they receive from here at CCI, motion being denied by Honorable Judge Pamela Peppers

When I inquired about obtaining legal medical copies to address the courts I am told by Kari Lloyd write legal counsel then I am told by Bender write legal counsel & when I ask who legal counsel is my request is ignored.

44 of 80

then when I write thier supervisor & tell Her up thier motions & what the issue is & who is legal counsel she Neuhaiser dont say But state we use many legal counsel further denying me medical records copies this was January thru June of 2016

resulting in me not obtaining copies in a disability approual case & for 14 CV 1594; asking basically for a stay untill I get a ruling on motions to compel.

About February or January of 2016 I sent Kari Lloyd a letter from the Eastern District clerks office how much my dockets cost in cases 14 CV 492, 14 CV 792, 14 CV 1078 & 14 CV 1594 for the purpose of attaching to the appeal motion I was having prepared for and to direct the preparator of the activity in the case & the documents numbers, Kari Lloyd never responds untill weeks later when I complained about her actions of holding my document & not responding denying me access to the 7th circuit district court

Kari Lloyd responds after I write Neuhaiser stating dont write 2 people for the same issue have patient and I will answer you. but she never did and she further stated mere weeks later I dont have your document.

About April or 2016 I write Kari Lloyd again & shew Her my state court appellate papers untied December of 2015 and ask Her Kari Lloyd didnt give error in only giving me $50.00 for this 2016 fiscal years she never responds that document comes up missing to deny my me the full $100.00 legal loan money under DAI policy

29

309. 51.01 @ 111.5   & Bender states she cant find the document then DENIES me the legal money at 309.51.01 @ 111.5

Cynthia Neubauer condones the activity of Bender & Lloyd & turn a blind eye to their wrong doings of retaliations against me. Neubauer has on numerous occasion given request slips complaint that was addressed to Neubauer for the purpose of satisfying the inmate complaint system straight to the person im complaining resulting in hindering my my access to the complaint system for weeks.

Cynthia Neubauer has also gave comments to my ability to walk in reference to a missed attorney phone call cause I dont have the ability to walk normally I use a walker. Act she must states that she has nothing to do with this but comments & makes a decision in this process with modify making, the HSU manager

Jodi Holdeman states also after a missed attorney call that even though was late she seen me walking away from program services in a complaint investigation cause I had filed a complaint on Neubauer for not telling me the provision of me given enough time to ambulate to program sources, Jodi Holdeman states she seen me walking away but conviently didnt mention I was walking with the aide of a walker

Jodi Holdeman was irresponsible for me missing my clergy visit in December & January 2015 & 2016 cause it was stated by teslik He would get attend may Holdeman evidently she neglected to convey the visiting room of my ambulation problem resulting in 2 missed clergy visits

IN MAY OF 2016 the 13th DAY   MICHEAL J. LANZDORF COMES to OCI to DO A DEPOSITION. During that DEPOSITION MICHEAL LANZDORF Kept asking the same questions. AFTER I objected 3 times to the question I tell LANZDORF to move on to another question you get the BEST Answer I can give to that question.

MICHEAL LANZDORF LEANS FORWARD & STATES "I AM NO MOVING ON"! with extreme agressive DEFIANT attitude. I lean forward to get A full understand of what LANZDORF ment by this gesture. He states again im not moving on, until I get A clear answer with MORE Aggressive DEFIANT attitude. I clearly told LANZDORF to try that with someone else messing that aggressive questioning tatic. So again I tell him MR LANZDORF YOU ARE IN A MAXIMUM security PRISON, very calmly I state this.

LANZDORF starts Flapping AROUND AT the CAMERA, I, the REPORTER & ATTORNEY STEVEN T. ELMER watch him for About A full MINUTE JUST FLAPPING AROUND WAVING AT the CAMERA. So after being amused at this, I tell LANZDORF this aint COUNTY JAIL they Don't EVEN see you.

I then summoned for OFFICER cdc who was at the FRONT DESK there. LANZDORF states He proceived I JUST threaten him, I tell cdc to call A white shirt. CAPTAIN KELLER comes & I explained that this is A court DEPOSITION AND this lawyer is trying to FORCE ME to ANSWER A question in A way it will DEFEAT MY lawsuit & I wasn't going to PERJURE my self & DEFEAT my own complaint. I stated CAPTAIN Roll the CAMERA BACK you'll see this ATTORNEY lean forward TOWARDS two twice with EMPHASIS stating He's not moving on to Another question, I then leaned forward to HEAR HIM BETTER & get A clear DEFINITION of what he ment BY His gestures?

The CAPTAIN FOUND NO WRONG conduct, no volitile situation that

47 OF 80

27

would inter Erupt in a danger or disturbance that would inter rupt the organized Function of the Institution. & this captain left the room & told anon-security staff Ms. Jones to get Lanzdorf a phone with a spencer to call the courts group line to find out if the question who is Discernable verse is the one who writes Disciplinary tickets is the one that Find you guilty?

the judge wasnt available the secretary told Lanzdorf to File written Deposition question by asking for a court order Lanzdorf did not do this. He Filed a motion to Dismiss & For a motion for to Behemo by the Honorable Judge Pamela Pepers

The Critical point is this through gossip of Mrs. Jones to Jodi Haldeman to Cynthia Nouhauser items probably an Esculated version of the events since Stories grow as thier being told from person to person   any way.

Cynthia Nouhauser calls Lanzdorf and ask Him what happend, she ask Lanzdorf to send her transcripts, But dont ask for the motion Lanzdorf Filed in court.

Nouhauser speaks with Lanzdorf Daily from may 18th 2016 untill June 13th 2016. & Cynthia Nouhauser writes a fabricated report from Telephone conversations & raw court transcripts. Cynthia writes a major ticket jeopardising my medium costody status & a possible placement in segregation.

surely Resulting in Denial of access to the courts because to to retaliation I surely will Be found guilty with out Nd due process cause as of 6/20/16. I was told I cant ask Lanzdorf to produce the cassette tape of the Deposition.

48 of 80

Cynthia Neuhauser called Lanzdorf every day from May 18th untill June 13 2016 & they both conspired to take away my liberty by way of retaliation for filing complaints & law suits against the Racine County Jail.

Its already noted in case no 14 CV 452, 14 CV 792, 14 CV 1078 & 14 CV 1594 that staff at CCI are retaliating against me, the Honorable Judge Pamela Peppers advice months ago was to file a suit, but I couldnt do so untill all availables remedies were exhausted & thank God that these CCI defendants has made the complaint system at CCI no longer available to me.

Kim Petersen as a reporter conspired with Lanzdorf & at his whim recorded & stop recording to help & further his defense in 14 CV 792, Kim Petersen provided to Lanzdorf & the courts false transcripts along with the transcript she provided to Cynthia Neuhauser for the purpose of finding me guilty of a major D.O.C. disciplinary infraction resulting in my denial to the courts & loss of liberty & medium security transfer.

Halma & Jolek reporting Inc this is the company that hired Kim Petersen to do honest court reporting but after the production of raw stenographed transcripts this company has errorlessly excluded all transcribed words resulting in conspiracy & slander of defamation of my character resulting in mental & emotional injury distress, higher blood pressure stomach aches daily from 6/26/16 untill 6/23/16 this company produced transcript soley on Lanzdorf say so

EXCLUDING THE SENTENCE I AM DONE WITH YW REFERRING THE MONUMENT WITH LANDCORP OVER A QUESTION, IMMEDIATELY ELIMINATION FULL RESPONSE TO QUESTION FILLED IN. BY — .

This COMPANY IS THE PEDNDER & ENCOURAGER OF SUCH SLANDEROUS DEFAMING EMPLOYEES CONDUCT ON PERSONS LIKE MY SELF IN MULTIMILLION DOLLAR COURT PROCEEDINGS ENCOURAGING PRODUCTION OF TRANSCRIPTS OF DEFAMING CHARACTER OF THOSE WHOM THIS COMPANY ASSIST OF BEING DISPOSED OF.

## Count #11   RANDY SCOTT, TERESA WETZEL

IN AUGUST & SEPTEMBER & OCTOBER OF 2015 I WROTE RANDY SCOTT REQUESTING XTRA LAW LIBRARY TIME SO I COULD CONFER WITH THE LAW CLERK & PEOPLES THAT COME THROUGH THE LAW LIBRARY WHO COULD HELP ME FILE MOTIONS.

RANDY SCOTT GRANTS XTRA LAW TIME IN THESE MONTH FOR MY CIVIL CASE BUT STATES HES GOING TO HOLD MY STATE COURT DOCUMENTS UNTIL ITS TIME FOR THE DEADLINE TO BE APPOINTED. I TELL HIM NO, SEND ME MY STUFF NOW.

RANDY SCOTT REFUSED TO DO THIS RESULTING IN ME HAVING TO WRITE THE APPEALS COURTS TO GET THESE DOCUMENTS AGAIN & WHEN I ASK SCOTT ABOUT THIS HE SAYS HE DONT HAVE MY PAPERS BUT WILL NOT ACCEPT THE NEWLY ACQUIRED PAPERS I RECEIVED AND REFUSE TO GRANT EXTRA LAW LIBRARY TIME.

NOT LIES IN A COMPLAINT INVESTIGATION THAT HE GRANTED THE TIME BUT I AM ONLY LEFT OUT OF MY CELL ONE DAY IN OCTOBER 2015

Resulting in me having to abandon the case : cases with scott losing the first set of papers & then Bonder denying me a pen I couldnt prosecute the appeal for writ of certiorari in the appellate courts.

Teresa Wetzel on or about June 6th 2016 denied me law library time just one week before the denial & I was called into Amandy scotts office to discuss the complaints I have lodged against Teresa Wetezel for not properly calculating my Federal court civil cases deadlines.

I showed her the attached rule supplied by the Honorable Judge Pamela Peppers and for what we understood my deadline starts from the time I receive the motion in my hand not the time the motion was signed.

I, scott, & Wetzel understood it to be this way I received certified mail from attorney Steven t. Elmer & some one signed for it on the 26th of may 2016 which was a thursday I didnt receive it untill the 28th of may 2016 which was a saturday.

Wetzel states oh it was signed on the 26th so that when I will start your time resulting me only being given 2 days to file a responsive motion in that case & resulting in not being able to meet a court scheduling deadline.

Waiting on a motion to stay in that case & a order that some more clear concise court rules can be sent to Wetzel cause shes like me untrained in law and devoid of an education who got the library job on the family plans

TERESA HAS A PRACTICE OF OVERLAPPING DEADLINES, & EXCLUDING EXISTING DEADLINES when she does THIS automatically EXCLUDING ONE COURT DEADLINE FOR another. THIS ACTION IS RESULTING IN DELAYS IN MY OTHER CIVIL CASES, A BURDEN ON ME FINANCIALLY CAUSE I HAVE to write to the courts to either stay the case or ASK FOR AN EXTENTION OF time.

Count 12 Tim Zigler, Christine Procnow, Rhode, Cole, Ribeke, Meeker, Goodwin

On october 28th 2015 I was Forced to move out of Handicap Housing to unit #5 where Tim Zigler is the unit manager, Christine Procnow is the case worker, Rhode is the Regular 1st Shift officer.

I first write Zigler in response about a social security admin. Hearing His failure to respond resulted in me missing a video conference

many months later I write Zigler cause I had received a letter from the law Judge & I needed to make contact for the up & coming Hearing I had to write Zigler & Procnow numerious times before being granted a call.

Officer Rhode in the later part of 2015 & Early part of 2016 Denied me several showers stating you dont have on the unit special shower need with a smile & a sneer. Common sense escapes this officer cause he see's me daily walking with a walker Having Help from some getting up & down the stairs & using the 1st shower when I shower to utilize the shower

Chad

I write Ziegler. He tries refuse to respond. And states I dont have a shower special need, but Edd; Ziegler didnt bother what checking He just stood with the officer. denied me use of shower on gym days.

I file the complaint then wait months on a ruling thats not going to be in my favor.

Rhode denies me a Indigent weekly envelope & I write Ziegler again to gain the envelope and Rhode wrote me a disciplinary ticket cause He didnt want to give me what I was entitled to .

this is the only complaint I ever got ruled on the complaint examiners on.

Ziegler displayed conduct that proved, demonstrated that Zigler will conspire with His officers no matter how wrong they are

on april 7th 2016 Meeker shook down at the direction of Sgt Goodwin . Meeker took my blanket & took my cell mate blanket only leaving us with a total of 1 blankets each. & this nite the temperature was to be 19 degrees & my window was missing a weather strip allowing air to come in my window as if the window was cracked an inch

I write a complaint about this cause Just Days Earlier Goodwin put an known Homosexual in my cell, And I told her I didnt want to be celled up with Him she states It's

36

staying, I stated no. Hes not, cell mate marvin corry didnt want to be in there cuase Goodwin had split him up. with His lover. Timothy. Bacon. and they had a cell up contract together that hadnt explred.

So He to asked Goodwin to be moved she refused to move Him So. Girry went to another officer on the 2nd shift & that officer moved him Goodwin came back to work 2 Days later and stated Either Girrys coming back in there or one of you is going to Disciplinary seg. one. I stated neither one of us.

Goodwin had Him sent to seg negation I had my cell torn up, by Meeker.

I complained to ziesler the next day I was moved to unit #2 in a cell with 26 holes the size of pencil eraser & with water leaking when it rains from this unit, water leaks when inmates showers in the upstairs & down stairs showers Deem this Diety nasty shower water many times Ive smelled urine with this water etc. Also theres a constant slow leak about 26 inches from the floor out of the middle of the wall constantly, I was moved here in retaliation.

I wrote the warden He didnt respond but outlaws Booday, meason & the wardens secretary Anderson responded

my first complaint that officers Roberts denies me cleaning supplies when he works the unit and He's in the unit some times 3 ways, trucied, and He returned maintenance 1st of this holes & leaks, Roberts came in my cell on April 12, 2016. & shook Down, sgt Fink came in my cell & seen the leaks on the 16th of April roberts came in my cell on the 19th of April & shook down

From April 8th 2016 to the 13th of June I Had Been Denied cleaning supplies with the exception of when Sgt. Jordon & Pink waves the 1st shift But the leaks are mainly at night when showerstare ran. So this means water upper human bodies stays in my cell All Evening & night.

The Warrens Secretary states "Ziegler states HE EXAMINED this leak morning one & theres none & All Ziegler seen was moisture, which was a lie. If Zigler came in my room He seen 3 large wet towels from continuing water from at least 4 of the holes in my wall.

Ziegler again proven He will lie and conspire me of human living conditions like a shower & clean cell free from Dirty shower water, indigent envelopes & to appease his co-worker He will without hestitation retaliate against me.

Christine Prock now has did the same as Ziegler in the early part of 2016 when I asked Ziegler & Christine Prock now to provide me to fax number to have some medical records sent to me, Ziegler & Prock now gave me the run around until they came with the I asa over A month later write Meredith nonshak this was March of 2016 & I didnt get the records until 6/23/16 this action again Has Delayed my Social Security Administration Hearing and no Date has been set Denying me approval of a much needed lump sum pay month.

Count#13 Sgt Fitz Simmons on 6/20/16 Denied me legal mail consisting of a court motion & transcripts of a muny 10th 2016 Deposition plus a video DVD. I clearly told Her After this 1st
55 of 80

INCIDENT of RIBEKE not turning in VIDEO DVD footage it was stated that the school could store this. Fitzsimmons Didn't Pay No Attention to what Funs saying and Insisted that I give Her a Envelope to Send the video out, I told Her I had none & Went Back to Sit Down at my Desk as she was closing the trap on my Door.

This resulted in pain suffering Constant Injury, Denial of possible evidence in a Due Process Disciplinary Hearing. Ribdus Actions Has Denied Me Access in 14 CV1078 Count Case

Count 14   Doctor SYED & meredith nushime Cirumace warner

DR SYED I SEEN NUMerous times From August 13th 2015 through may of 2016

DR SYED Has DENIED me proper professional treatments for Chronic Pains In my Neck, Back, Legs Knees & Feet. DR SYED without pomares Donied me treatment for my nose when I Told Him the nasal Infection originated In 2014 cause my c-pap machine Ranches in it.

I seen DR SYED numerous times From August 2015 to February 2016 For this sore In my Nose plus the DAILY Bleedings & SINIS Headaches, SYED Down plays this. Intill February 10th 2016 I seen the wornon and I tell the wornon on this day & from talking to a real Doctor the next day today of 6/23/16 thrues still a small sore In the nasal passing that Bloods very little but SYED refuse to give Any thing to Help its Healing.

DR SYED Has walked out of numerous interviews stating Hes ordered things & Has not ordered any thing, such as Betasept, scrotum support, arachsupports Increase terosin to stop the rasquent urination

SYED HAS DENIED ME TREATMENT FOR MY TESTICLES DR. TANNE DOES A UW MADISON STATED HE WANTED AN MRI & to SEE ME IN ONE MONTH SEEN ONE AT CCI NOTHER A 2 OUT OF THE ONE AND HER REPORT IS VANISHED FROM MY RECORDS.

MEREDITH MASHAK AS ACTING HSU MANAGER SHE HAS CONDONED LIED COVERED UP ALL MEDICAL STAFF MISCONDUCT & DENIAL OF TREATMENTS IVE TOLD MASHAK ON NUMEROUS OCCASSION MY REQUEST THAT HER STAFF IS CORRUPT & THAT I AM BEING DENIED MEDICAL TREATMENTS FOR ACUTE CHRONIC PAIN TO MY NECK & BACK LEGS HANDS TESTICLES.

MASHAK REMEDY FOR MY COMPLAINTS WAS DENY THE EXSIST. I NEED MY BACITRACIN OINTMENT JEB SIDED WITH NURSES ANDERSON VANGUS, WHALEN GRAFTON STATING I HAS NO MORE REFILLS LEAVING ME IN PAIN AND BLEEDING DAILY

MASHAK ALSO DENIED THE FACT THAT I RIGHTFULLY BEING LEAVING DOT WAS ORDERED A T-BAND, ARCH SUPPORTS, FINGER SLEEVE BRACE & HEEL PADS THIS WEAR ON BODY MAY 8th 2015 THRU NOVEMBER & DECEMBER OF 2015  6 & 7 months LATER ENDURING PAIN

MASHAK WOULDNT EVEN ADDRESS THE ISSUES OF MY TESTICLE PAINS. AS OF 6/23/16 I STILL IN GREAT DEAL OF PAIN IN MY TESTICLES & LOWER STOMACH IT HURTS WHEN I WALK SIT DOWN MAKE BOWEL MOVE ME URINATE LAY DOWN LAUGH CAUGH THIS IT ACUTE PAIN AND I AM OFFERED NOTHING FOR PAIN

CANDANCE WARNER Took OVER AS HSU MANAGER AS such she Pick right up where meredith mashak left off, Denying me pain meds for testicle pain BACK pain NECK pain, leg pain feet pain.

To add insult to injury Her and the nursing staff thought it would BE amusing and Funny to send me a pamphlet saying A Dose of reality The effects of opiates,

CANDANCE WARNER INfront of Officer Mertz & Liu Did it Hesitate my medical issue's & my Testicle problems. By stating theres no clinical reason why you cant walk, But This statement proves that This is Another NURSE who cant read clinical charts, & Testings, But IN The Same Breath she states we is ordering you A NEW walker.

Then Discusses at length the deformation of my testicles, In confront of 2 Officer and Being Mertz Who will get on a Telephone & call All His Buddy CO workers with New News.

WARNER who states on May 24th 2016 we will have A meeting to Discuss All your medical needs This was not the wardens Direction But She Canceled this meeting & left me with out Clear redress For The Issues of Chronic pains.

WARNER Berthman states if I wand to Be seen on sick on sick call put in a slip I did & still was denied Denied sick call treatments. when I point this out WEEKS later I was called, But the conductor of the sick call Interview was the Infamous NURSE K. Whitlen. when I TELL Nurse Whitlen WE need a 3RD PARTY IN This Room she Refused to walked out she closed me Down this Hall Harassing is alone

WHEN I point this out to CANDANCE WARNER, she does nothing, AND NOW UNDER WARNERS WATCH THE NURSE'S ARE BACK TO SAYING WHAT THEY SAID FROM MAY 8th 2015 through August of 2015 & that is APPOINTMENT scheduled, APPOINTMENT not scheduled, SICK CALL scheduled, SICK called not scheduled, RECORDS REVIEW scheduled.

AS A RESULT OF this MALICIOUS DENIAL OF MEDICAL treatments I AM LEFT IN PAIN DELIBERATELY.
CANDANCE WARNER WITH HER FILE DRIVE BY MEDICAL REVIEWS ONLY LOOKS FOR things that's OLD AND POINT TO OLD test say to DENY ME MEDICAL TREATMENTS.

COUNT 15:   Chris DoYoung
NURSE Chris DoYoung IN September OF 2015 DENIED ME EMERGENCY MEDICAL TREATMENTS FOR A HAND INJURY I KNOW WAS BROKE CAUSE I COULDN'T MOVE 2 OF MY FINGERS. THE INJURY WAS OBTAIN while trying to PUNCH through A PRISON CELL GLASS AT THE KCJ.

UPON my ARRIVAL BACK From THE KENOSHA COUNTY JAIL Lieutenant HASSELL told THE GUARD to WHEEL ME to THE MEDICAL UNIT FOR MY HAND to BE treated.
HCU = Health Care Unit
UPON ENTERING THE HCU WE WERE INSTRUCTED TO go to ONE OF THE EXAM ROOMS. Chris DoYoung COMES IN THE EXAM ROOM AND IMMEDIATELY GRABS THE HAND BRAS ON THE Wheel-Chair, turns THE WHEELCHAIR AROUND AND WHEELS ME to THE FRONT DOOR OF THE HCU AND tells THE GUARD to WHEEL ME AND to MY HOUSING UNIT & FILL OUT A SICK CALL slip LIKE EVERYONE else.
I didn't RECEIVE AN X-RAY UNTILL 2 monthes LATER

AND I wasn't given anything For the pain at all, Because
for 1.) I had an order for 800 mg Ibuprofen & 2.) I had
Been previously been complaing that this didn't work but this
complaint has fallen on the Death ears of all medical
Defendants.

Count 16 Morgan, Peetz, wargnese, Dittman, Leiser
& Jodi Haldeman, cynthia Neu hauser

On June 23rd 2016 I was told by Sgt Fitzsimmons that some
one called and asked did I want to attend my Hearing? I said
yes.

So About an hour later officer came to escort me &
stated I guess they changed thier mind they Just want you as a
witness ... which was A lie.

I was Forced to walk about 200 yds & cole Knows that I
cant Physically walk far.

Any way upon attending the Hearing captain wargnese
would not allow me to submitt evidence, would not let me ask
questions of the Reporting Disciplinary writer & when
I Argue about not having the evidence I asked There & not
taking the one witness statement I wanted to guara state
ment. He states your evidence is to much, its not allowed, I
ask How is one prge to much He says your charged

with a 30.3 FAM Deno and Directs 2° officers to
immediately take me out of the room without a proper
hearing violating my due process rights to a fair
hearing, Resulting in 75 days disciplinary sentence of
cell confinement; automatically eliminating me from law library,
recreation, day room activities and at times religious services
with Jehovah's witnesses.

Leaving me to eat all meals in a nasty water dripping
cell from shower water & rain water; & toilet water coming in
the cell from many areas of the cells walls.

Peetz, refused to say anything during the hearing
about the denial of evidence & witness of captain Kessler, Further
condoning this improper & retaliation by Cynthia Neuhauser, Peetz
was the designated staff advocate for me during this hearing.

Morgan denied my due process by not requiring the video tape
of the deposition these alleged threats were made on may 13th 2016 &
not requiring a video tape of the deposition; & not presenting the
alleged deposition except Lane Dent was to have alleged
to have sent Cynthia Neuhauser

Mary Leiser was sitting in the room & Mary Leiser was
the position of staff advocate & as such was suppose to do the
job Peetz was there to do also & that was protect my rights
during this hearing Mary Leiser failed to do this.

Jodi Halverson through gossiping to Cynthia Neuhauser
helped formulate a lie to form a disciplinary hearing

With A FALSE Disciplinary charge In Conspiracy with Neuhauser
& Lanzdorf  Because  I Filed complaints on Haldeman
& Neuhauser & 2 civil suits Against the Racine County Jail

NOTE: TO the Reader  Jodi Haldeman & Cynthia Neuhauser
state In the Falsely written Retaliatory Disciplinary Report that
I was suing RCI = Racine Corr. Inst.

This Retaliatory actions by Haldeman & Neuhauser & Lanzdorf
Deprived me of my liberty contributed to muscel atrophy & me
pain & suffering, Denial of Recreation & law library.

Michael Dittman. Failed to respond to earlier request
written to them about the Falsely written Disciplinary Report,

Michael Dittman Failed to respond to appeals of the
Unjustly given 25 Days cell confinement Further condoning
the Retaliatory Conduct by his staff & Denial of my Due
Process rights & the condoning of taking away my liberty for
25 Days contributing to my muscel atrophy emotional & mental pains
Denials of law library, Recreation, Day room activities, & Jehovah's
Witnesses participation In religious activities.

The only person Cynthia Neuhauser brought forth the Disciplinary
Conduct Report with the False allegation is Retaliation for
me Filing the Following complaints Against Her & Her staff
of Anita Bender & Karl Lloyd & Her Friend  Jodi
Haldeman  The complaints I Filed is as Follows:

Complaints: #13292 Denial of Legal postage against Anita Bender 2015
#10648 Denial of Legal Loan against Anita Bender. 2015
#16425 Count cost adding in retaliation for filing past
#2015 & 2016 complaints against Anita Bender & Karl Lloyd

#32546 Missed attorney phone call against Jodi Haldeman
& Cynthia Nauhauser 2015
#1478 missed religious bible study against Jodi Haldeman
& Cynthia Nauhauser 2015 & 2016
# 23106 Missed bible study, Jodi Haldeman & Nauhauser 2016
# 803 Karl Lloyd refused to return redacted document 2016
# 3496 Cynthia Nauhauser & Karl Lloyd denial of indigent
2015 Envelope 2016.
# 2878 missed clergy visit Jodi Haldeman & Nauhauser

These 16. complaints and the fact that I may
of single handedly gotten Karl Lloyd fired was the
motivation for Cynthia Nauhauser to take Jodi Hold
Haldeman gossip about an count disposition funds
Involved In where there was alleged misconduct but none
proven, to Karl Attorney Michael Lanzdorf & conspire
with him to form a disciplinary report or threats with
now a new addition to the Incident that I balled my
Fist up while speaking to J Lanzdorf. Which is a
Lie or else this would of been stated in the court
motion that Lanzdorf filed with the courts for
sanctions & 8 Dismissal
Again this conspiracy by all Defendants In Count #16
Denied me law library access, Recreation, muscul

atrophy.

COUNT # 17 DR Gamboro

lies in psychological reports & states we met & she asked numerous questions of me to answer and I answered.

This was a conspired statement in her psychological report conspiring with Dr. Vickrey to take away my medications & Vickrey did because of her conspiring statements I only seen Gamboro once & she states I seen her twice

CONCLUSION

You have Defendants of medical persons who deliberately denies me medical care when he states pick one side to pick side to be X-rayed naming Dr Hoftiezer, further retaliating cause I filed a complaint against him he refused to renew pain meds & medicated skin cream for the symptoms of chronic pains & acute injuries & extremely dry & flaking skin, violating deliberately my rights to medical care.

You have Dr. Obrien whos sees medical evidence of osteoarthritis & ignores it, sees evidence of degenerative joint disease & ignores it, & heel spur & ignores. Dosent order medically no orthopedic medical equipments or devices denying me medical adequate care leaving me in pain chronic pain & acute pain failing to due & perform an act she's legally required to do, that caused many 8th amendment deprivations I've complained about in this complaint

You Have CCI medical Defendants who deliberately-overlooks medical issuing of medication, deliberately lie about a sick call being scheduled Deliberately lie about Seeing a doctor. Dont even check and see about medical equipments & orthotics that was ordered Just Days before I arrived at CCI.

You have a medical staff who DENIES medical treatments. Deliberately doing this, then offering outrageous ridiculous treatment for a sore thats in my nose cavity & nasal passage by stating when it Bleeds put ICE on the Bridge of your nose.

A qualified doctor at the university of madison Had to REINJURE the areas in my nasal passage & nose cavity to restart the Healing process By using acid to Burn the areas.

You have a Doctor Syed who denies medical equipments, medical treatments, lies about prescribing medications & lies to Grievance Complaint Investigations, stating He ordered That Dry amedical DEVICE But had not, I didnt get fitted for the lied about medical DEVICE until 39 days after Dr syed stated He ordered one

You have medical Defendants at CCI who Denies me access to the DAI medical complaint policy procedure & that is a prerequisite to the D.O.C. inmate complaint system

You have medical Defendants far out of aristation's for Filing numerous complaints; 29 medical complaints to be EXACT. Decided to start Denying me timely results, then Denying me results altogether along with medical treatments.

Then DECIDED to illegally charge me money for Co-pays I was not entitled to pay by stating its been past 6 days.

65 of 80

SINCE YOU WERE/LAST SEEN FOR THE SAME ISSUE   SO WE CAN CHARGE YOU.

THESE SAME DEFENDANTS AFTER DEEMED A SERIOUS MEDICAL PROCEDURE   I WAS PRESCRIBED BY A REAL DOCTOR   A ANTIBIOTIC OINTMENT & PILL, OUT OF RETALIATION I WAS NOT GIVEN THE OINTMENT,   THIS WAS THE SAME CONDUCT THAT WORSEN THIS CONDITION ORIGINAL BEING DENIED AN OINTMENT THAT WAS PRESCRIBED AT A TIME IT COULD OF HEALED IF GIVEN TO ME PLUS THIS 3 REFILLS.

RETALIATION THAT GOTTEN SO BAD THE OINTMENT WAS NEVER GIVEN TO ME AFTER THE PROCEDURE, THEN   C.C.I. DR SYED ORDERED A ANTISEPTIC TO CLEAN THE SORE CAUSE IT WAS STILL THERE FROM FEBURARY 11TH 2016 THROUGH MARCH 29TH 2016 MORE THAN A MONTH AFTER THE PROCEDURE DONE ON THE 11TH & OUT OF RETALIATION THE NURSE DEFENDANTS REFUSED TO ORDER IT AS DIRECTED BY THE DOCTOR & UPON I MORE VISIT THE DOCTOR HE STATES HE ORDERED BUT WONT ASSURE I GET THE ANTISEPTIC, RESULTING MY NOSE SORE & NASAL CONDITIONS REVERTING BACK TO IT'S ORIGINAL STATE.

THEN OUT OF RETALIATION YOU HAVE A NURSE WHO SOLEY DISCONTINUES A DISTANCE ONLY WHEELCHAIR USE & STATES I FURTHER CAN WALK UP & DOWN STAIRS & I DONT NEED "NO" SPECIAL ACCOMMODATION RESULTING IN ME BEING DENIED ACCESS TO VISITS, CLERGY VISIT, BIBLE STUDIES, RECREATION & LIBRARY LAW TIMES TO CONFER WITH MY LAW CLERKS.

THEN YOU AT AVE BUSINESS OFFICE STAFF WHO OUT OF RETALIATION DENIES ME LEGAL POSTAGE TO ADDRESS A WRIT OF CERTIORARI, THEN CAUSE I COMPLAINED ABOUT THAT I WAS DENIED A PEN,   THEN WHEN I COMPLAINED ABOUT THAT, A CIVIL FILING FEE CASE'S WHERE COURT ORDERS HAVE BEEN SENT TO CCI TELLING THE TRUSTFUND OFFICE

AT CCI to only Deduct 20% AT CCI OF MY INMATE trust Fund
MONIES but Fur complaining out of retaliation fur complaining About legal
postage. Approval was DENIED unjustly. my civil Filling FEES AND posted AT
100% Deduction RESULTING IN all MONIES BEING TAKEN FROM MY
INMATE Account & not BEING SENT to THE courts, constituting
THEFT

         You HAVE BUSINESS OFFICE SUPERVISOR out of retaliation fur
piling complaint ON HER & HER EMPLOYEE CO-WORKER FRIEND CONSPIRES
with an Attorney & writes A FALSE conspiracy DISCIPLINARY REPORT lying
with in the report that I BALLED MY Fist up & court DOCUMENTS
BY one of THE CONSPIRERS only stating I leaned Forward
resulting in DENYING me Access to law LIBRARY, Religious
SERVICES, RECREATION & DAYROOMS FUR 25 DAYS, ENDURING PAIN
& SUFFERING FUR not BEING ABLE to walk in the VERY SMALL CELL to
EXERCISE BY walking to stop MUSCEL atrophy.

         YOU HAVE A BUSINESS OFFICE staff who Illegally DEDUCTS MONIES
AGAINST STATE & FEDERAL court orders stating they've SENT money to
the courts AND HAVE NOT AND DENIES me tooth paste SOAP & deodorant to buy
~~thereof~~

         YOU HAVE Psychology STAFF who DENIES me Psychological
SERVICES & treatments CAUSE I AM AN AFRO AMERICAN MALE, &
DENIES to require any past Psychological RECORDS, who CONSPIRE
out of retaliation for me Filing complaints Psychological & Filing FALSE
REPORTS stating they INTERVIEWED when they haven't resulting
RESULTING in DENIAL of psychological treatments, programs, & housing &
SPECIAL PAY FUR A monthly stipend.

YOU HAVE MOBILE X USA WHO CONSPIRES WITH IT'S MEDICAL VENDOR TO FALSEIFY MEDICAL TESTING REPORTS, TO FAVOR ITS VENDORS NEEDS TO DENY MEDICAL TREATMENTS TO ITS INMATE PATIENT. SERIOUS MEDICAL NEEDS "ME" MOBILEX USA DENIED ME HONEST MEDICAL IMAGING & TESTING GAVE A MEDICAL FINDING ON MY TESTICLES BUT STATES THE IMAGE WAS POORLY TAKEN & HADNT CHANGED SINCE AUGUST, HOW CAN THIS BE?

IVE RECEIVED CONFLICTING MEDICAL TESTING RESULT BY THE WAY OF IMAGING ON MY RIGHT KNEE BY MOBILEX IN LESS THAN 72 DAYS THE 1ST IMAGE WAS TO DENY ME ANY MEDICAL TREATMENT FOR THAT VENDOR, & THE 2ND WAS TO DENY ME MINIMAL MEDICAL TREATMENTS FOR THAT VENDOR; THIS ACTION RESULTED IN LONG TERM PAIN & SUFFERING [illegible] & EMOTIONAL PAIN & MENTAL DISTRESS

COUNT 17 NIKKI WHITEHEAD

AFTER NUMERIOUS CONFERINGS WITH HER SHE DENIES TO SEND ME ANY MEDICAL RECORDS FROM MOBILEX, FOR THE PURPOSE OF ME OBTAINING ANY TYPE OF FUTURE ADEQUATE TREATMENTS, & FOR THE PURPOSE OF AN ADMINISTRATIVE LAW JUDGE BRENT C. BEDWELL MAKING A DECISION ON A SOCIAL SECURITY CLAIM.

WHITEHEAD 1ST STATE I HAVE TO PAY FOR THEM, THEN AFTER CONFERING WITH WHOM EVER IN HER COMPANY CONSPIRE & SAY IF I PROVIDE A FAX NUMBER, NOING I AM A PRISONER & DONT HAVE ACCESS TO A FAX NUMBER OR MACHINE, RESULTING IN A DENIAL OF MEDICAL ACCESS TO RECORDS I AM ENTITLED TO FROM THE SIGNING OF MEDICAL AUTHORIZATION RELEASE'S FOR THE PURPOSE OF AQUIRING MEDICAL TREATMENTS & SOCIAL SECURITY APPROVAL. NIKKI WHITE HEAD ONLY STATES THE FAX NUMBER DEAL BECAUSE I POINTED OUT I WOULD SUE HER

68 OF 80

Kim Peterson & Michael Lawdoar conspired together & with Cynthia Neuhauser to give false transcripts to the Federal courts & Cynthia Neuhauser to slander & defame my character & to apply to a False Disciplinary Report in securing a Guilty Verdict in the Disciplinary Hearing process resulted in 25 days of immediately pain & suffering muscal atrophy & emotional & mental distress.

Dr. Jimo Due a consultant of OCI refused to administer the appropriate medical treatments refused to follow her own orders by securing a MRI date & a ultra Sound test other than McKinley USA

Peetz as a Staff Advocate refused to even speak up in a staged Disciplinary Hearing when Captain Wagnese that a one paged Submission of Evidence was too much. Peetz Along with Captain Morgan & Captain Wagnese violated my due process rights to a Fair & impartial Hearing. did not subpoena actual cassette tape from Holma & Jilnek, and Didnt Have the alleged transcript Lawrdoar suppose to Have provided. this action resulted in 25 days unjustly confined in my cell, muscel Atrophy pain & suffering denial of program or recreation & Having to eat all meals in a cell where water leaks in abundantly when other inmates shower from up & down stairs & when it rains

Michael Dittman Failed to protect curse I wrote him Before the Hearing and upon filing this appeal. Held not respond condoning his staffs conduct

Ziegler & Fay are both unit managers at CCI upon filing complaints on them & officers that run thier unit I was immediately retaliated against first by denial of a razor by custom & policy is given to every new arrival inmate to CCI. upon writing that complaint I was retaliated against by being removed from the special management unit to accommodate my disabilities.

You have Ziegler when I file complaints on his friend & officer Rhode stating I dont have a shower special need to shower on the unit at all times automatically condoning Rhode action of denying me a shower without even checking my medical restriction needs, resulted in weeks of shower denials on mondays, wensdays & sundays

When I file a complaint on officer Rhode denying me 2 weeks in a row a indigent envelope for free postage again Ziegler condones Ziegler actions resulting in me not being able to contact lawyers to require pro bono services and to satisfy federal court procedures prior to filing for appointment of counsel under 28 U.S.C. 1915(D) thus denying me appointment of counsel motions in the Eastern District Courts of Wisconsin

When I complain about another one Ziegler friend and Sgt. officer Goodwin putting a well known homosexual in my cell in retaliation for filing complaints Ziegler condones her actions, and when I point out that he was still under contract (inmate Marvin Gray) to be in the cell with his lover (Timothy Bacon) & did not want to be in the cell with me but wanted to move back with his lover, Goodwin out of retaliation tried to put him back in the cell with me but Gray

opted to Be taken to segregation cause He was moved out of my
cell and placed in a single cell & Goodwin stated. Inmates can
not shop round untill they find canvas. to move them.

Ziegler ignores the complaints against Goodwin,
Ziegler ignores the complaints against Roberge, Ziegler
ignores the complaints against Meeker & retaliation from
Goodwin By sending Meeker in my cell, stating we can only
have one Blanket & the temperature that night was 19
degrees

These complaints resulted in me being moved to unit 3
Because of these complaints & my persistance in trying to
obtain medical records By FAX, trying to call from ins. captive
Judges. Turns retaliated against By Ziegler & conspired with
Prue Winn to place me in a nasty dirty cell with 26 holes
in the wall, 2 upstairs showers that leak in the cell on the
top Tier shelf, & top of the wall, ... The down stairs
2 showers leaks in the cell from any of the 26 holes when
ever someone is using. The shower, & when not in use it
leaks from five holes &: 3 different spots in the wall
continuously, creating a unsafe, & sanitary condition, urine smells
constantly in the cell lime Buildup on the wall, causing me Daily
pains, with trying. to clean it up while being denied cleaning
supplies for 9 months, I've pulled muscels trying to wipe
the wall, trying to absorbe water off the Floor, ...

The condition of the cell is always humid & unbareable
in this heat, making for me having problems Breathing.

But Ziegler upon an investigation about the water leak
states to the warden secretary. That its only moisture & that

Ziegler & His Friend & unit #1 officer Roberts came in the cell & only observed moisture, which contradicts what the maintenance Dept. states. As of 6/24/16 they state the only way this to be fixed is to tear out both showers walls upstairs & down.

Roberts was the first to notify maintenance of the 2 holes in the wall to try and state I put them there. maintenance states they put them there so water can run off. it runs off in my cell 24 hours a day

Roberts on many days has denied me cleaning supplies to clean this nasty shower water which at times of many was contaminated with urine. resulting in pain & suffering

Then you have Mary Leiser, Isaac Hart & Linda Alsum-O'Donovan who are institional complaint examiners staff advocates, legal counsel, notary publics who took many of my complaints & falsely denied them stating certain procedural defects or needing to contact this person or that person.

Mary Leiser numerous times stated when I complains about somebody actions that it's to many issues when all I am doing is clearly stating what that person has done that violated my right to an entitlement.

But unbeknownst to me at first is that every complaint I filed with someones name would be denied process only complaints without names, for example K. Whalen numerous action with either

for alleging to be untimely or to be maliciously motivate to cause
harm.

    Mary Leiser at the end of memorandums states wait
10 day and if no response resubmitt the complaint but wont
follow this rule herself nor does Kart & Osanann

    Numerous medical complaints was returned stating to
many issues! for example I seen Dr. Syed and he denied me
arch supports, heel pads, & knee sleeves during this 06/00/00
visit. Those types of complaint would be returned stating to many
issues, pick one clear issue.

    In order to comply with this the complaint has to be
rewritten, and when I rewrite the complaint complying with the
one issue and sign the date it was rewritten, it is then
rejected as being untimely.

    Isaac Hart & Linda Osann numerous times have
systematically delayed my ruling of timely complaints by stating
contact HSU Manager Meredith Mashak & after weeks go by & I
resubmitt & resubmitt the same original complaint, its now
viewed untimely & currently I ams told to contract a person.

    Things has went on like this making the complaint process
at CCI unavailable to me completely.

    Complaints has been held for weeks denying my 7 complaint
per week access.

    For example thats real I file a complaint its held

& when I complain & get no response but the complaint has been held for weeks, so when I file another complaint on different issues the complaints that has been held, "promptly & the new complaint is returned" stating to many complaints for the week with out processing the first 2 complaints that has been held for over 2 wks, resulting! NO PROCESS

in stating next the complaints. the first 2 is untimely which isnt true

I filed 3 complaints on officer Johnson, and they all should of been accepted & deemed 1.) my 2 weekly complaints & 2.) the 3rd one under PREA standards 28 CFR part 115 this didnt happen & my complaint wasnt deemed right status untill after the deadline of filing those of 2nd complaints timely this denied me access of the complaint system cause I follow the rules and all 3 complaints on C.O. Johnson should've been accepted

now these individuals holds all complaints & when I wait at least 3 wks new complaints that newly filed keep returned with the ones that been held for 3 wks denying not any access to the complaint system when I complained about this on appeal

The corrections complaint examiner states that case cause many months ago cause I didnt state the newly required information that the complaint is denied.

The complaint examiners office in Madison has also unjustly denied me access for redress of a remedy for wrong.

I filed a complaint about not receiving the 1st antibiotic ointment & even though I had a clear entitlement to the ointment this entity would not direct CCI to give me the ointment.

I filed a complaint numerous times telling the complaint examiner that CCI business office intentionally denies/destroys approval of my complaint appeals to them they ignored they just rejected a lot of complaints as untimely.

I have had the same complaint come back to me twice alleged some unknown substance on it. I did not put it there, this was the complaint I believe against Sarah Ray again CCI staff hindering my complaint efforts.

In the end Mary Delson personally this conspired with Esmael Hunt & Linda Alsum denying by telling me to contact people who dont have nothing to do with the dept. or person I am complaining about. Totally denying a remedy through CCI complaint system thats outlined by D.O.C. policy 310. & dept. of. Adult Institutions (DAI) 500.00.01

I have filed complaints & because its a re-occurrence of the same violation type of violation at a different I've been denied access to the complaint system by CCI complaint examiners stating already

PREVIOUSLY ADDRESS WHEN CLEARLY A DIFFERENT DATE & TIME THAT
THE ISSUED OCCURRED.

CCI COMPLAINT EXAMINERS HAVE totally SHUT DOWN MY ACCESS
TO THE CCI COMPLAINT SYSTEM.

AND WHAT COMPLAINTS THAT WAS ACCEPTED THEY WERE 1ST
REJECTED, THEN SENT BACK FOR OTHER PROCEDURAL DEFECTS THAT
WAS NOT TRUE.

COUNT 18 CAPTAINS WORGNESE, PEETZ, & DITTMAN, & LANZDORF

WORGNESE DONT ALLOW NO COURT MOTION FILED BY LANZDORF IN THE
DISCIPLINARY HEARING, THEN PEETZ AS MY ADVOCATE DONT SPEAK UP
FOR THE ACCEPTANCE OF 1 PAGE DOCUMENT TO BE SUBMITTED AS
EVIDENCE RESULTING IN A DUE PROCESS VIOLATION, AND THIS CAPTAIN
WORGNESE NOT ADHERING TO MY RETALIATION CLAIMS BY
NEUHAUSER RESULTING IN MY DUE PROCESS RIGHTS BEING VIOLATING &
RESULTING IN MY CONSPIRACY CLAIMS NOT BEING HEARD IN THE HEARING
CAUSE LANZDORF DIDNT TELL THE COURTS THAT MY FIRST WAS BAILED UP
BUT HIM & CYNTHIA NEUHAUSER COMES UP WITH THIS PLOT WITH
NUMEROUS CONFUSING PHONE CALLS FROM MAY 18th 2016 THRU
JUNE 13th 2016

DITTMAN DONT EVEN RESPOND TO ANY APPEAL OF THE 25 DAYS
CELL CONFINEMENT DISCIPLINARY ACTION RESULTING IN MY DUE
PROCESS BEING VIOLATED.

Landsdorf deliberately tells to stories one to the counts stating I leaned forward and made a statement, then conspires with Cynthia Newhauser to add to the staring that I leaned forward & bailed my past & that I have a pending law suit against RCI which none is true, resulting in retaliation & due process violation by way of conspiracy

Count 18    Sainsbury & Haldeman
Conspires together and state Sainsbury didn't want the day I arrived to program services & he deliberately laughed at me cause of the way I walked with my walker. Resulting in denying me relief from the inmate complaint process.

Jondi Haldeman states to the complaint examiner that I missed the attorney call but she seen me walking away, but conviently left out that I was walking away slowly with my walker. & not normally ambulating again the results denied me my due process rights to relief.

Count 20    Teslik
As the managering chaplin & supervisor of the religious programing at CCI, his actions has denied me Jehovahs witness counseling with Jehovahs witnesses spiritual advisers & clergies, stating by teslik that he notified the visiting room & Jodi Haldeman & Cynthia Newhauser to remedy the issue of me missing a clergy visit resulting in me missing another clergy visit & & being excluded from

Jehovah's witnesses Bible studies, Cause Chaplin Teslik limited participation to FIVE Jehovah's witnesses inmates could only participate at one time.

So to Avoid conflict my congregation Decided to send A clergy of the Jehovah's witness to personally see me & HE was Denied access to me & I was Denied access to Him solely cause of my Handicap of not being able to walk from my unit to the visiting Room in 5 minutes when Physically it took me 20 to 30 minutes to make this 5 minute walk.

This action Excluded me from Any type of Jehovah's witness Religious services.

FINALLY.

PRAYER FOR Relief

1. I ASK FOR A Jury trial
2. I ASK FoR this Complaint to Be screened By telephone Conference, with the PLAINTIFF UNDER 28 U.S.C 1915 (A)

3. I ASK FoR 15,000. IN Compensatory & punitive Damages FRom Medical Defendants Hoffezer & obrion totaling $30,000.00.

4. I ASK FoR $30,000 FRom medical Defendants of: Anderson, Pafford, Nurse Jane Doe & John Doe in punitive & compensatory Damages.

5. I ASK FoR 15,000. Each FoR Medical Defendants
78. OF 80

DR. STRANGE, DR. WOODS, DR. HOESCHT, DR. JANE DOE, BETH DITTMAN, NURSE NEWBURY, DR. GAMBORO.

6. I ASK FOR 30,000. FROM DEFENDANTS EACH OF MEDICAL DEFENDANTS. DR. DAVID H. BURNS, DR. JIMINEZ SANTIAGO & NIKKI WHITE HEAD IN PUNITIVE & COMPENSATORY DAMAGES

7. I ASK FOR $100.000.00 DOLLARS FROM MEDICAL DEFENDANTS DR. MARC AWOBLUJI, MEREDITH MASHAK, K. WHALEN, CHRIS DEYOUNG, D. VALERIUS & CANDICE WARNER & SCHMIDT. FOR PUNITIVE & COMPENSATORY DAMAGES

8. I ASK FOR $10,000.00 FROM EACH DEFENDANT OF SARA RAY, KIM PETERSON MACC W. CLEMENTS MICHAEL DITTMAN, ~~DEO DEG~~ CHRISTINE PRICE NUN, CDO RIBERG, MICKEY FITZSIMMONS. IN PUNITIVE & COMPENSATORY DAMAGES

9. I ASK FOR $50,000 FROM EACH DEFENDANT OF SALISBURY, BITTLEMAN, RHODE GOODWIN, ZIEGLER, PEETZ, MORGAN, WUORGNOSE, HALMA & J. L. K. REPORTING COMPANY, FOR PUNITIVE & COMPENSATORY DAMAGES.

10. I ASK FOR $100,000.00 EACH FROM ISAAC HART, LINDA ALSUM ODONOVAN, MARY LEISER, MICHAEL J. LANZDORF, CYNTHIA NEUHAUSER, ANITA BENDER, KARI LLOYD & C.O. JOHNSON, TESLIK, RANDY SCOTT, & TERESA WETZEL ALSO JUDI HOLDEMAN.

11. All DEFENDANTS PERSONALLY PARTICIPATED IN MY DEPRIVATION AND PERSONALLY CAUSED MY DEPRIVATIONS THATS SECURED BY STATE LAWS & CONSTITUTIONAL LAWS AND I ASK FOR THIS HONORABLE COURT TO APPLY ALL AND ANY APPLICABLE LAWS OF CONSTITUTION THAT IT SEES FIT FOR THOSE DEFENDANTS DELIBERATE & MALICIOUS ACTIONS.

THESE DEFENDANTS INTENTIONAL MALICIOUS DENIAL OF MEDICAL TREAT-MENTS & DUE PROCESS VIOLATIONS, RESULTING IN RETALIATION & MORE DELIBERATE INTENTIONAL DENIALS RESULTING & DAILY PAIN & SUFFERING EMOTIONAL PAINS & MENTAL PAINS & DISTRESS, ASSOCIATED WITH DAILY BLEEDINGS, DENIALS OF PAIN TREATMENTS FOR ACUTE & CHRONIC PAINS.

THEREFORE THIS IS WHY THE PLAINTIFF IS ASKING FOR A JURY AWARD OF 2 MILLION DOLLARS AGAINST DR SYED IN HIS CAPACITIES, AS THIS COURT SEES FIT.

THEREFORE I PRAY THAT THIS COURT GRANT RELIEF AS IT SEES & DEEMS APPROPRIATELY.

SIGNED THIS 26th DAY OF JUNE 2016       James D. Williams

UNDER 28 U.S.C. 1746 I HAVE PERSONAL KNOWLEDGE & HAVE PERSONALLY PARTICIPATED IN THE EVENTS STATED IN THIS COMPLAINT AND ALL IS TRUE & CORRECT.